09 CR 0087 JAG



UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213) 894-3535

**SOUTHERN DIVISION**
411 West Fourth Street, Suite 1053
Santa Ana, CA 92701-4516
(714) 338-4750

**EASTERN DIVISION**
3470 Twelfth Street, Room 134
Riverside, CA 92501

**SHERRI R. CARTER**
District Court Executive and
Clerk of Court

DATE: 1/28/09

**RECEIVED**

**FEB 0 2 2009**

AT 8:30 _____ M
WILLIAM T. WALSH, CLERK

_____ District Of _____ New Jersey _____
50 Walnut Street
Newark, NJ 07102

Transfer of  ☐ Criminal Case   or  ☑ Magistrate Case
Case No. 08 CR 1224 _____ Case Title: USA v Dmitriy Guzner _____

Dear Sir/Madam:

**Pursuant to Rule 5:**
☐ Certified copy of case file documents (Filed prior to January 1, 2007**) and docket sheet
☐ This is an electronically filed case and the documents are available through pacer
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Original Bond         or    ☐ Original Bond to be forwarded by Fiscal
☐ Original Passport     or    ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Other _____

**Pursuant to  ☑ Rule 20 /  ☐ Rule 21:**
☑ This is an electronically filed case and the document are available through pacer.
☐ Certified copy of docket sheet
☐ Certified copy of Indictment / Information**    ☐ Original Consent of defendant
☐ Original Passport                   or    ☐ Declaration re: Passport
☐ Original Passport (received on or after 1-1-07) will be transferred by Pretrial Services
☐ Not for public view document (pursuant to Judicial Conference policy)
☐ Other _____

**Note: Documents filed on or after January 1, 2007 are available electronically through PACER.
Electronically filed documents can be retrieved by using your court's pacer account.

Sincerely,

Clerk, U.S. District Court

By M. Hernandez 213.894.7985
Deputy Clerk

cc:   *U.S. Attorney - Central District of California and Receiving District, Pretrial Services*

---

**TO BE COMPLETED BY RECEIVING DISTRICT**

Please acknowledge receipt via e-mail to the appropriate address listed below and provide the case number:

☑  CrimIntakeCourtDocs-LA@cacd.uscourts.gov     (Los Angeles Offices)
☐  CrimIntakeCourtDocs-RS@cacd.uscourts.gov     (Riverside Office)
☐  CrimIntakeCourtDocs-SA@cacd.uscourts.gov     (Santa Ana Office)

Case No: _____                Clerk, U.S. District Court

_____                          By: _____
Date                                     Deputy Clerk

CR-48 (05/08)            LETTER RE: RULE 5, 20 and 21 - TRANSFER OUT

**ORIGINAL**

In the United States District Court

for the ___Central___ District of ___California (Western Division)___

United States of America

v.

Dmitriy Guzner

Criminal No. 2:08-cr-01224

FILED 2008 DEC 19 PM 2:14

Consent to Transfer of Case

for Plea and Sentence

(Under Rule 20)

I, ___Dmitriy Guzner___, defendant, have been informed that a ___information___ (Indictment, information, complaint) is pending against me in the above designated cause. I wish to plead ___guilty___ (guilty, nolo contendre) to the offense charged, to consent to the disposition of the case in the District of ___New Jersey___ in which I ___reside___ ~~am under arrest, am held~~ and to waive trial in the above captioned District.

Dated: 11/18/08 ___ at ___

(Defendant)

(Witness)

(Counsel for Defendant)

Approved

___Ralph J. Marra, Jr.___
United States Attorney for the
District of
New Jersey

___
United States Attorney for the
Western District of
California (Western Division)

FORM USA-153
SEP 02