FILED 2008 OCT 17 AM 11:38 CLERK US DISTRICT COURT CENTRAL DIST OF CALIF LOS ANGELES BY___

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CR No. 08-**08-01224** |
|---|---|---|
| Plaintiff, | ) | **I N F O R M A T I O N** |
| v. | ) | [18 U.S.C. § 1030(a)(5)(A)(i), (B)(i): Unauthorized Impairment Of A Protected Computer] |
| DMITRIY GUZNER, | ) | |
| Defendant. | ) | |

The United States Attorney charges:

Between on or about January 17, 2008, and on or about January 18, 2008, in Los Angeles County, within the Central District of California, and elsewhere, defendant DMITRIY GUZNER knowingly caused the transmission of information, codes, and commands, and as a result of such conduct, intentionally and without authorization caused damage by impairing the integrity and availability of data, a program, a system, and information on a computer system that was used in interstate and foreign commerce and communications, specifically websites belonging to

///

WLH:wlh

the Church of Scientology, thereby causing loss to one or more persons aggregating at least $5,000 in value during a one-year period beginning on or about January 17, 2008. Defendant DMITRIY GUZNER engaged in the above-described distributed denial of service ("DDOS") attack against the Church of Scientology websites, contributing to the unavailability of the websites, because he believed the attack furthered the goals of the anti-Scientology group "Anonymous," of which he considered himself a member.

THOMAS P. O'BRIEN
United States Attorney

*/s/ Christine C Ewell*

CHRISTINE C. EWELL
Assistant United States Attorney
Chief, Criminal Division

WESLEY L. HSU
Assistant United States Attorney
Chief, Cyber and Intellectual
Property Crimes Section

ERIK M. SILBER
Assistant United States Attorney
Cyber and Intellectual
Property Crimes Section