CLOSED

# UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
## (Western Division - Los Angeles)
## CRIMINAL DOCKET FOR CASE #: 2:08-cr-01224-UA-1

Case title: USA v. Guzner

Date Filed: 10/17/2008
Date Terminated: 12/19/2008

Assigned to: Judge Unassigned

### Defendant (1)

**Dmitriy Guzner**
*TERMINATED: 12/19/2008*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

**Terminated Counts**

18:1030(a)(5)(A)(i), (B)(i):
UNAUTHORIZED IMPAIRMENT OF
A PROTECTED COMPUTER
(1)

**Disposition**

Consent to Transfer Case to District of
New Jersey

**Highest Offense Level (Terminated)**

Felony

**Complaints**

None

**Disposition**

### Plaintiff

**USA**      represented by **Wesley L Hsu**
AUSA - Office of US Attorney
Criminal Division - US Courthouse
312 North Spring Street 12th Floor

Los Angeles , CA 90012-4700
213-894-3045
Fax: 213-894-8601
Email: USACAC.Criminal@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 10/17/2008 | 1 | INFORMATION filed as to Dmitriy Guzner (1) count(s) 1. Offense occurred in LA. (mhe) (Entered: 10/17/2008) |
| 10/17/2008 | 2 | CASE SUMMARY filed by AUSA Wesley L Hsu as to Defendant Dmitriy Guzner; defendants Year of Birth: 1989 (mhe) (Entered: 10/17/2008) |
| 10/17/2008 | 3 | MEMORANDUM filed by Plaintiff USA as to Defendant Dmitriy Guzner. RE Judge Stephen G. Larson. (mhe) (Entered: 10/17/2008) |
| 10/17/2008 | 4 | MEMORANDUM filed by Plaintiff USA as to Defendant Dmitriy Guzner. Re Magistrate Judge Jacqueline Chooljian, Magistrate Judge Patrick J. Walsh, Magistrate Judge Jennifer T. Lum, and Magistrate Judge Jeffrey W. Johnson. (mhe) (Entered: 10/17/2008) |
| 10/17/2008 | 5 | PLEA AGREEMENT filed by Plaintiff USA as to Defendant Dmitriy Guzner (mhe) (Entered: 10/17/2008) |
| 12/19/2008 | 6 | RECEIPT/ACKNOWLEDGEMENT OF Rule 20 DOCUMENTS by Central District of California as to Dmitriy Guzner (mhe) (Entered: 12/22/2008) |
| 12/19/2008 | 10 | NOTICE OF CLERICAL ERROR, as to Defendant Dmitriy Guzner: Due to clerical error Re: Receipt/Acknowledgement of Rule 20 Documents 6 (mhe) (Entered: 01/28/2009) |
| 12/19/2008 | 11 | CONSENT TO TRANSFER JURISDICTION (Rule 20) to District of New Jersey. Counts closed as to Dmitriy Guzner (1) Count 1. (Attachments: # 1 CR48) (mhe) (Entered: 01/28/2009) |
| 01/12/2009 | 7 | MINUTES OF SENTENCING Hearing held before Judge Dale S. Fischer as to Defendant Dmitriy Guzner. Defendant Dmitriy Guzner (1), Count(s) 1, Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby mmitted to the custody of the Bureau of Prisons to be imprisoned for a term of 37 months. Supervised release for a term of three years. The defendant shall comply with the rules and regulations of the U. S. Probation Office and General Order 318. Special assessment of $100. All fines are waived. The Court advised the defendant of his limited right to appeal this judgment. Defendant advised of right of appeal. Court Reporter: Pamela Seijas. (shb) (Entered: 01/14/2009) |
| 01/14/2009 | 8 | NOTICE OF CLERICAL ERROR, as to Defendant Dmitriy Guzner: Due to clerical error Re: Sentencing, 7 ,.PDF IMAGE WAS NOT ATTACHED TO THE SENTENCING MINUTES. (Attachments: # 1 SENTENCING MINUTES DOCKET #7) (shb) (Entered: 01/14/2009) |

| 01/14/2009 | 9 | NOTICE OF CLERICAL ERROR, as to Defendant Dmitriy Guzner: Due to clerical error Re: Notice of Clerical Error (G-11) 8 , Sentencing, 7 . DOCUMENTS DOCKETED TO THIS CASE IN ERROR. SHOULD HAVE BEEN DOCKETED IN CASE 08-CR-1244-DSF (shb) (Entered: 01/14/2009) |
|---|---|---|

| PACER Service Center ||||
|---|---|---|---|
| Transaction Receipt ||||
| 02/17/2009 08:06:08 ||||
| PACER Login: | us4214 | Client Code: | |
| Description: | Docket Report | Search Criteria: | 2:08-cr-01224-UA End date: 2/17/2009 |
| Billable Pages: | 2 | Cost: | 0.16 |