UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Crim. No. 09-87 |
| v. | : | |
| DMITRIY GUZNER | : | **NOTICE OF APPEARANCE** |

　　　　PLEASE TAKE NOTICE that Ralph J. Marra, Jr., Acting United States Attorney for the District of New Jersey, Erez Liebermann, Assistant U.S. Attorney, is appearing for the United States of America in the above-captioned matter.

　　　　　　　　　　　　　　　　RALPH J. MARRA, JR.
　　　　　　　　　　　　　　　　ACTING UNITED STATES ATTORNEY

　　　　　　　　　　　　　　　　/s/ Erez Liebermann


　　　　　　　　　　　　　　　　By: EREZ LIEBERMANN
　　　　　　　　　　　　　　　　Assistant U.S. Attorney

Dated:  April 8, 2009