# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge **Joseph A. Greenaway, Jr.**          **MAY 11, 2009**
                                            Date of Proceedings

Court Reporter **Thomas Brazaitis**

Deputy Clerk **Philip Selecky**

**Title of Case:**                          Docket # **Cr. 09-87-01**

U.S.A. v. Dmitriy Guzner

Appearance:
Erez Liebermann, AUSA, for the govt.
Edward McQuat, Esq, & Douglas Schneider, Esq, for the deft.

**Nature of Proceedings:** PLEA TO AN INFORMATION
Defendant sworn.
Defendant is pleading guilty to count 1 of the Information.
Waiver of Indictment, Plea agreement & Rule 11 form filed.
Sentence date set for 8-24-09 at 10:00 a.m.
Bail set as follows. $50,000.00 PR Bond, with conditions.
Appearance Bond signed.

Time Commenced: 2:40 p.m.
Time Adjourned: 3:30 p.m.

                                    **Philip Selecky, Deputy Clerk**