## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA       :       Criminal Number: 09-087

        v.       :       **WAIVER OF INDICTMENT**

DMITRIY GUZNER       :

I, DMITRIY GUZNER, the above-named defendant, who is charged with a violation of Title 18, United States Code, Section 1030, being advised of the nature of the charge, the proposed Information, and my rights, hereby waive in open court on (Date) _May 11, 2009_ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

                                              Defendant Dmitriy Guzner

                                              Edward McQuat, Esq.
                                              Counsel for Defendant

Before:
        HONORABLE JOSEPH A. GREENAWAY, JR.
        United States District Judge