UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA, : Criminal Number: 09-87-01
      v. :
DMITRIY GUZNER, : ORDER OF RELEASE

The bail for the above defendant is set as follows,

It is on this  11th  day of  MAY, 2009, ORDERED

That bail be fixed at $ 50,000.00   and the defendant released upon:

(a.) Executing an unsecured appearance bond with one co-signer.
b. Executing an appearance bond and depositing in cash in the registry of the Court _____% of the bail fixed.
c. Executing an appearance bond, that will be secured by the following approved property.

It is further ORDERED that, in additional to the above, the following conditions are imposed.

1) Pretrial Services supervision.
2) Travel restricted to New Jersey, New York and Connecticut unless approved by Pretrial Services.
3) Surrender passport and not permitted to apply for one.
4) Maintain residence as approved by Pretrial Services.
5) Defendant is subject to computer/internet restrictions which may include manual inspection and/or the installation of computer monitoring software as deemed appropriate by Pretrial Services, including the defendant's laptop and any other computer in the residence while the defendant is home from college.
6) Drug and alcohol testing and treatment as deemed appropriate by Pretrial services.
7) Refrain from any use of alcohol until reaching the legal drinking age.

                                                JOSEPH A. GREENAWAY, JR. U.S.D.J.