# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY
# NEWARK

## Minutes of Proceedings

Judge **Joseph A. Greenaway, Jr.**     OCTOBER 21, 2009
                                         Date of Proceedings

Court Reporter **Lynne Johnson**

Deputy Clerk **Philip Selecky**

**Title of Case:**                        Docket # **Cr. 09-87-01**

U.S.A. Dmitriy Guzner

**Appearances:**
Erez Liebermann, AUSA, for the govt.
Edward McQuat, Esq, for the deft.

**Nature of Proceedings:** SENTENCING
Hearing on the defts, application to adjourn the sentencing.
ORDERED application granted.
Sentence date set for 11-9-09 at 2:00 p.m.


Time Commenced: 11:35 a.m.
Time Adjourned: 12:50 p.m.


                              Philip Selecky, Deputy Clerk