# *UNITED STATES DISTRICT COURT*
# *DISTRICT OF NEW JERSEY*
## *NEWARK*

### Minutes of Proceedings

Judge **Joseph A. Greenaway, Jr.**   **NOVEMBER 18, 2009**
Date of Proceedings

Court Reporter **Lynne Johnson**

Deputy Clerk **Philip Selecky**

**Title of Case:**   Docket # **Cr. 09-87-01**

U.S.A. v. Dmitriy Guzner

Appearance:
Erez Liebermann, AUSA, for the govt.
Edward McQuat, Esq, for the deft.
Kendrick Moxon, Esq.

**Nature of Proceedings:** SENTENCING
The Court ruled that the loss amount is $37,500.00.
Sentence on Count 1 Information: Imprisonment for a term of 12 months and 1 day and Supervised Release for a term of 2 years.
Additional conditions of Supervised Release.
1) Full financial records.
2) Prohibited from incurring any new credit.
3) Cooperate with Immigration & Customs Enforcement.
4) Cooperate in the collection of DNA.
5) Computer inspection.
Restitution: $37,500.00
Special assessment of $100.00.
The deft, shall voluntarily surrender on 7-2-10.
ORDERED bail continued.

Time Commenced: 10:30 a.m.
Time Adjourned: 12:00 p.m.

   Philip Selecky, Deputy Clerk