# THE BLANCH LAW FIRM, P.C.

261 MADISON AVENUE, 12TH FLOOR  NEW YORK, NY 10016  T (212) 736-3900 F (212) 736-3910

May 25, 2010

Hon. Joseph A. Greenaway
Court of Appeals Judge, Third Circuit, Room 411
Frank R. Lautenberg U.S. Post Office & Courthouse
P.O. Box 999
Newark, NJ 07101-0999
TEL:973/622-4828

*RECEIVED*

*JUN 07 2010*

*Joseph A. Greenaway, Jr.*
*United States District Judge*

RE: United States V. Dmitry Guzner
    Cr. No. 09-087

Dear Judge Greenaway:

Please accept this letter as a formal request for a locality and program recommendation in regards to Dmitry Guzner. Mr. Guzner is a 21 year old Quinnipiac University student, who has accepted responsibility for his actions and is sentenced to a 12 months and 1 day prison term, for violation of Title 18, United States Code section 1030(a)(5)(i), Unauthorized impairment of a Protected Computer. Throughout the judicial process the defendant's family, who resides in Verona, New Jersey have been very supportive of him, and we are hopeful that during his incarceration the defendant will be able to maintain strong family ties, as well as continue his college education and long time religious practices.

At present Guzner is scheduled to surrender to Moshannon Federal Prison in Pennsylvania, before noon on July 2, 2010. Senior United States Probation Officer Renee Caggia was informed of our intent to seek the below detailed recommendation, and has expressed no objection or opposition.

**Basis for this locality/program and prison assignment recommendation request.**

Among the reasons for imposing a prison sentence is, "providing the defendant with needed educational or vocational training, or other correctional treatment in the most effective manner," In light of this, when a court recommends that certain rehabilitative accommodations be made available for a defendant, the Federal Bureau of Prisons must "make every effort to accommodate recommendations from courts, i.e. RDAP, locality, etc."

As put before the Court prior to sentencing, the defendant in this case, has accepted full responsibility for his actions in a timely manner, is very remorseful, and has a family who has been and will continued to be very supportive of him during his incarceration, Attachments A & B. Even more important, as it specifically applies to the defendant's

rehabilitation, Mr. Guzner currently has a 3.8 GPA at Quinnipiac, works as a Designer and Cad Technician for Dan Morris Apparel, and is a long standing member of the Christ the Savior Orthodox Church, Attachments C, D, and E.

**Program and locality needs met at Allenwood as opposed to Moshannon low security Federal Correctional Institution.**

The defendant is currently scheduled to serve his time at **Moshannon Low Security Federal Prison.** Moshannon is a private/contract prison owned by Cornell Companies that is primarily used to hold criminal aliens and low-custody offenders from the Washington, DC area. More importantly, the facility is some 245 miles and 4-1/2 hours away from the defendant's home residence, and does not academic/college level or religious based programs that would contribute to this defendant's overall rehabilitation while he is incarcerated as well as his reintegration back into society as a law abiding citizen and college student, upon release, Attachments F & G.

On the other hand, **Allenwood Low Security Federal Correctional Institution** in White Deer Pennsylvania is 160 miles and 2-1/2 hours away from the defendant's home residence. Most important, Allen wood has a college program that the defendant can participate in while incarcerated, as well as a large Orthodox Christian Congregation. Allen wood would clearly allow the defendant to serve the sentence imposed by the court, while providing him with academic and religious programs that would enhance his rehabilitation, maintaining strong family times through visitation, and activity in the Christian Orthodox Church, Attachment H.

For the reasons set out in this letter, we are hopeful that you would issue a recommendation that Dmitry Guzner be assigned to Allen wood Federal Correctional Institution for service of his 12 month and 1 day sentence.

In closing I would like to thank you for your time and consideration in this matter. If there is any other information or documents needed for you to make a determination I will provide them as soon as possible.

Respectfully,

Edward J. McQuat

Attachments

# ATTACHMENT A

# EXIBIT ONE

## STATEMENT OF DMITRIY GUZNER

Honorable Judge Greenaway,

It's been more than a year since the Secret Service searched my house and I learned that I was under investigation for a DDoS attack on a Church of Scientology website. The following events, including my plea agreement, forced me to look back and give a lot of consideration to what had happened. I'm writing this letter to tell you how I feel about my case.

I am very sorry for what I had done. I got involved with the wrong group of people and participated in a criminal act. My actions hurt so many of those who care about me – my family and friends, church community, my priest Fr. Michael and my wonderful University teachers. Their love and support in this difficult time only stressed how irresponsible I was to let them down. I am sorry that the government, the Secret Service, and the court officers had to put so much effort into investigating and prosecuting me. I am sorry that because of the action I took part in, members of the Church of Scientology could have been hurt – I absolutely did not intend that.

Your Honor, I accepted my responsibility right away and did not hesitate to plead guilty. However, in various documents I have seen different interpretations of the events. Now as I face my sentencing, please let me use this letter as a chance to briefly and clearly tell you how I got involved in the attack and what I did.

In January 2008, while staying at home for the winter break, I went on digg.com, a website I used to visit to see what's new in the world of games, movies, and technology. There has always been something funny to read or watch there, too. Those days, the "funny thing" was a motivational video on behalf of the Church of Scientology (CoS) by actor Tom Cruise. I didn't know much about the CoS and used links provided right there to Scientology awareness websites. There I found some information and testimonies that really disturbed me. The people who linked these websites to digg.com claimed that the CoS is using all its immense power to suppress distribution and availability of that information. They called to join their efforts to defend "freedom of information" and in protest, to take down Scientology websites.

Looking back at those events, I'm amazed that I did not see the huge disconnect between the claimed intentions and the call to action. Unfortunately, I decided to help the group called "Anonymous" in their DDoS attack. Following the instructions on digg.com, on the night of January 17-18, I went on gigaloader.com and used it to send signals to the CoS website. I did it for a few minutes, didn't see any real impact on the CoS website, and went to bed. I've never again rejoined the attack.

It was clear to me that the purpose of the attack was to temporarily shut down the CoS website, but honestly, not for a single moment had I considered that the DDoS could cause any material damage, let alone thousands of dollars of losses. Unfortunately, because of that I didn't consider the legal implications of the attack either.

As I went back to the University after my winter break and my studies and various on-campus activities consumed my time, I stopped following the Anonymous updates, and forgot about the whole thing. The Secret Service search in my house came up as a complete shock.

As I said, I'm sorry for many reasons. But I am also sorry that my poor judgment and one terrible mistake can affect my entire future. More than anything else now, I wish I could come

back to the University and continue my studies. I am very enthusiastic about the courses I'm taking and I think I'm getting pretty good at graphic design and animation. I have great relationships with my teachers. I'm involved in many on-campus community activities. I have two part-time jobs that help me pay for my day-to-day expenses and I really enjoy and value them.

Your Honor, I've learned my lesson and understand I deserve a punishment. But with your decision on August 24, please allow me go back to finish my education, get a job, and prove for the rest of my life that I'm an honest, lawful, and responsible person.

Sincerely yours,

Dmitriy Guzner

7/26/09

# ATTACHMENT B

# EXHIBIT TWO

## STATEMENT OF VLAD GUZNER

Hon. Joseph A. Greenaway
United States District Judge
Martin Luther King Jr. Fed. Bldg. & Courthouse
Federal Square
Newark, New Jersey 07101                                        RE: United States v. Dmitry Guzner

Dear Judge Greenaway,

My son Dmitriy Guzner awaits the sentencing hearings for his participation in the DDoS attack on a website of Church of Scientology in January 2008.

Despite the unfortunate circumstance under which I am writing this letter, I am proud and pleased to discuss Dmitriy's character. My wife and I always felt blessed to have such a son. We've been happy to watch how a lively, curious, yet kind and gentle child, he has been growing into a responsible, young man full of integrity; bright, talented student; enthusiastic member of the community; considerate and attentive son and brother. I would be happy to illustrate that all by many examples from Dmitriy's life. However, I am forced to present only the highlights of his educational achievements, work and community activities in the condensed form of resume *(please see enclosed)* to allow myself room to address some serious concerns I have after reading a draft of the Probation Report.

Precisely because it is absolutely out of my son's character, I was very disappointed with his participation in the DDoS attack, his misguided motives and a lack of better judgment. It was a big relief to see how immediately he recognized it as a terrible mistake and fully and profoundly regretted the whole affair. He's done the right thing – accepted his responsibility and pleaded guilty. Having said that, I believe he should be and hope will be judged exactly and only for what he has done, and only his real intentions will be considered.

Back in October, 2008, when the official information of Dmitriy's plea agreement appeared on the Internet, it was immediately picked up by national, local and foreign newspapers. The columns often contained distorted interpretations of the facts. Because Dmitriy's name has been the only one appearing in connection with the attack, they often talked about him as the mastermind and sole participant. More misrepresentations took place in innumerable Internet blogs, where he was called "cyber-terrorist", "dangerous hacker" and "active member of a hate group." A number of insulting videos, all containing his address, were posted on You-Tube. Our family was deeply affected by this "publicity". The information became available in our town, my workplace and in my daughter's school. Although hurt and genuinely concerned about our safety and well-being, we tried to disregard this campaign, assigning it to ignorance and unscrupulousness of the reporters.

I was shocked to see that almost identical approach to the facts made its way into Dmitriy's Probation Report. The "Victim's Impact" section demonstrates an obvious intention to exaggerate his involvement and maximize his personal responsibility for the attack. Furthermore, it links my son to events to which he has absolutely no connection. It implies that he stands behind indeed repelling sociopathic messages distributed via the Internet. I entrust Dmitriy's counsel Mr. Edward McQuat to show the insubstantiality of these accusations. However I am personally compelled to respond to my son's characterizations as a bigot, racist and a hate-driven hooligan, which are not only completely false, but also profoundly insulting to our family's most treasured values.

I am a descendant of the Holocaust survivors. Both, my and my wife's families have endured religious and ethnic oppressions. Dmitriy was three years old and his sister just was born when we made an uneasy decision to immigrate to the U.S.A. Our first and foremost reason was to bring up our children in a free, democratic and lawful society. In our home we have never taken these ideas for granted and raised the children as not just tolerant and open-minded in social, religious and racial issues, but with a strong belief that their position always has to be on the side of the persecuted and less fortunate. As paradoxical as it may sound, it is ultimately Dmitriy's compassion and sense of fairness, however misguided and wrongly applied, brought him to the current situation.

Your Honor, this has been a very difficult but also an immensely important year for our family – Dmitriy in particular. It brought us even closer together, not just the family members, but also friends, our church community, teachers, everybody who knows and loves my son. Many people were eager to add their testimonies to prove that what happened to Dmitriy couldn't be anything but just an unfortunate mistake. Dmitriy himself has reflected a lot on the events of January 2008, and deeply regrets what he had done. His many habits have changed. Instead of spending time in various blogs and chat-boards, he dedicates the little free time he has to his good, real – not virtual friends. Most definitely, he now much deeper values an opportunity to study, work and be with the loved ones.

Your Honor, please take a look at Dmitriy's enclosed resume. It demonstrates a promising start of a talented ambitious young man, responsible and productive member of the community. We all hope that at the time of his sentencing on August 24, you will see Dmitriy for what he really is, and your merciful decision will allow him to further grow personally and professionally and develop to his fullest potential.

Sincerely,

Vlad Guzner
718-764-3465
design.vg@gmail.com

# ATTACHMENT C

# EXHIBIT FIVE

## STATEMENT OF LAURIE GRACE

# QUINNIPIAC
## UNIVERSITY

July 10, 2009

Hon. Joseph A. Greenaway
United States District Judge
Martin Luther King Jr. Fed. Bldg. & Courthouse
Federal Square
Newark, New Jersey 07101-0999

Dear Honorable Judge Greenaway,

I am writing this letter of character support for your consideration regarding the matter of Dmitriy Guzner
who is scheduled for sentencing August 24th.

I am a professor of Interactive Digital Design at Quinnipiac University, and have the profound privilege of teaching
some incredibly hardworking, creative, and intelligent students. One of those stand out students is Dmitriy Guzner.

My first introduction to Dmitriy came when he attended one of my Digital Design courses. I immediately noticed
his kind demeanor. Only a few weeks into the course it was apparent that he had the skill set and work ethic to
catapult him to the top of the class. A few semesters later he attended one of my higher-level Digital Design courses.
In this particular work-intensive course the student is required to develop their design skills, learn to think and write
critically, and be self-motivated. His above level work and thinking was an inspiration to the other students in the
class.

Dmitriy is a diligent worker, creative thinker, is wonderfully talented, and has a collaborative spirit. In the eight
years I've taught at Quinnipiac his work is still some of the best and I regularly present it as examples to inspire
a higher caliber in other students.

Teaching young adults keeps you up to date with the newest technology and communication tools. I was hesitant
at first but slowly learned how Facebook could be a wonderful tool where students would easily share their
thoughts, wit, and knowledge. It is a wonderful way to get to know the students better outside of the classroom
construct. Dmitriy's daily posts were always interesting, fun, and enlightening. He would regularly post photos of
his daily life that routinely included his family. It is apparent from those photographs that he comes from a solid and
close knit family.

275 Mt. Carmel Avenue, Hamden, CT 06518-1908   Tel 203-582-8200   www.quinnipiac.edu

It's difficult to ignore the frequent bombardment by the news of home invasions, drug addictions, alcoholism, and family abuse. Sometimes the world feels like a terrible place to live. The only consolation is that it is balanced by people who are good. I feel that Dmitriy is one of the good guys.

I feel strongly that with continued educational guidance Dmitriy will go onto to do wonderful things with his life. He is a talented, smart, kind, and thoughtful young man who has immense potential that will surely offer a plethora of good that can only add to societal wealth. He is someone I trust and hold in the highest regard. I think so highly of this young man that I wish he were my son. I don't think you could say anything more about a person's character than wanting to know this person for the rest of your life.

Thank you for your time,


Sincerely,




Laurie Grace

Visiting Assistant Professor of Interactive Digital Design

Quinnipiac University 275 Mount Carmel Avenue Hamden CT 06518-1908

laurie.grace@quinnipiac.edu

http://www.quinnipiac.edu

http://lauriegrace.com/index.html

860.830.2010 c

# Dmitriy Guzner

## Educational highlights:

**Since 2007 – Student at Quinnipiac University,** *Hamden, CT*
*Graphic Design – major. Fine Arts – minor*
• Dean's list at Quinnipiac, with a 3.8 GPA
• 2009 winner of Quinnipiac's Keyframe Animation Award
• Invited to an advanced Independent Study Course in Animation in Fall 2009

**Xaverian High School,** *Brooklyn, NY*
▪ Honor Roll and Principal's List
• Four years in school's Concert and Jazz bands

**Three Hierarchs Parochial School,** *Brooklyn, NY*
• Graduated in 2003 as Valedictorian

## Work experience:

**Since Winter 2008 – Equipment room operator**
*School of Communications at Quinnipiac University*
• Loans audio and video equipment to Media Production students
• Provides technical assistance
• Keeps records

**Since July 2008 – Graphic and Web designer** *Dan Morris Apparel, New York City*
• Designs clothing, prepares presentations
• Creates technical files
• Designed and updated retail website

**Fall - Winter 2007 – Part-time telephone operator** *Quinnipiac Polling Institute*

## Community involvement:

• Radio Show Host at Quinnipiac University Radio
• 4 years in Boy Scouts of America, Troop 534. Life Scout
• 7 years as an altar boy in Christ the Savior Orthodox Church, New York
• Helped prepare and acted in seven plays in a community children's theater
• Helped teach children in the church Sunday School
• In 2007, volunteered at David A. Boody Junior High School in Brooklyn, NY as teacher's assistant

# ATTACHMENT D

# EXHIBIT SIX

## LETTER FROM EMPLOYER
## DAN MORRIS APPAREL

Hon. Joseph A. Greenaway
United States District Judge
Martin Luther King Jr. Fed. Bldg. & Courthouse
Federal Square
Newark, NJ  07101-0999


To Whom it May Concern,

Dmitry Guzner has started working for us in July of 2008.   He has worked both in office and out of office.
His capacities were as a Designer and CAD technician for Graphic Knit Tops.

He also worked and continues to work with our company developing art for our website.   Dmitry has shown
Professional knowledge, skills and responsibility unusual for a Man of his age.

Due to the current economic climate, we cannot guarantee a steady employment, but would be happy to use
Dmitry for as much time as possible.


Thank you,

Daniel Dayan.
President.
Dan Morris Apparel Inc.
20 West 33rd Street.
NY  NY  10001


**DAN MORRIS APPAREL  212-244-1033   F: 212-244-1633**
**20 West 33rd Street.  9th Floor**
**Sales@danmorrisinc.com**

# ATTACHMENT E

# EXHIBIT FOUR

## STATEMENT OF REV. MICHAEL MEERSON

**CHRIST the SAVIOUR CHURCH**
**Храм Христа Спасителя**

8/08/09

To whom it may concern:

Dear Sir/Madam,

This is a reference letter for Dmitriy Guzner, my young parishioner, who, as I have learned, is suspected of an illegal attack on the website of a non-profit organization.

I have known Dmitriy for more than ten years. He has actually grown up in front of my eyes, as my altar boy. Since his mother is one of our two choir directors, he has attended almost all the services and, for all these years, has served as an altar boy. Besides that, he participated in most of our parish's children's and teens' activities -- in our Sunday school, rehearsals, children shows, and picnics.

Ours is an intercity parish that houses an international congregation. There are immigrants from Russia and Eastern Europe, African-Americans (those originally coming from Ethiopia), Chinese American worshipers, Lebanese Christians, as well as Christians of Jewish descent. Dmitriy is very open to multiculturalism and is friendly with everyone. He has good social skills and is loved by his friends. He usually behaves as a compassionate young person, ready to help the elderly or those with infirmities. He is also a bright, gifted and inquisitive young man, with a natural inclination for learning new things and meeting new people. When still a teenager, he enjoyed helping in designing our own parish website.

His current offence, if serious (of which I have no way of knowing) is completely out of character. I have never known Dmitriy -- whether as the little Mitya or as a young adult now -- to try or wish to inflict any harm or loss on any person, group of people, or organization of any type. I have never observed such tendencies in Dmitriy Guzner -- having been his father confessor for all these years. Of course, he might have considered his current offence as less grave than it was, but only because, like many people of his generation, he associates computers with games and play -- not because he could have intended any harm.

I would therefore call for a more compassionate approach to Dmitriy Guzner and, for giving him an opportunity to become a responsible and honest citizen -- something, I am sure, he has every intention to become.

*V. Rev. Michael A. Meerson*

Very Rev. Michael A. Meerson
PhD in Theology, the pastor

340 E 71 STREET STREET, NEW YORK N.Y. 10021   TELEPHONE: 212-744-85-02   CELL: 301-452-8597

Fine Arts Department

 S V A    School of VISUAL ARTS

August 6, 2009

Judge Joseph A. Greenaway
United State District Court for the District of New Jersey

Dear Judge Greenaway:

I teach painting in the Department of Fine Arts at the School of the Visual Arts in Manhattan. The experience of teaching young college students led me to lead a discussion group for the pre-teens and teens at our parish, Christ the Savior Orthodox Church. In the group, we talk about cultural activities, social issues and Church teachings. The discussion group started while Dmitriy Guzner was in high school, and he continued to participate often in his college year during long weekends' visits. I have known Dmitriy since he was five to be a gentle, soft spoken and sensitive young man. He is by far the best student in my group for the clarity in his thinking. I can remember many times he corrected other students and convinced them of what was right concerning real life problems, and the integrity of his answers was always supported by his upright spirit.

Dmitriy's mother, Catherine, is a pillar of our Church; she is our choir director and a catechism teacher for the elementary school aged children. As to the influence of Dmitriy's father, we only have to see Dmitriy's interest and his college studies to find he is the son of a talented graphic designer. Dmitriy and our son served at the altar together. We have trusted him to take care of our pets and home when we went away. We have spent Thanksgivings together. The Guzners are a family we all envy because of their closeness and for the amount of time they have always managed to make to be together, even spending summers together, rather than the children being sent away to camp. As a graduation gift, Dmitriy and his father went on a cruise so they could spend that much more time alone before he went away to college. They are a family that sits down and eats every dinner together.

Therefore it was of great shock and distress to our community to hear of what happened. I and others in the community have to take some responsibility for not foreseeing this. In a larger sense we all fail in some way towards all the young people around us. For not understanding and communicating better with them, for not eliminating their sense of isolation. I dread the day my high school son goes away to college. I have seen, in my twenty years of teaching freshman classes in various colleges, how easy it is for young people to fall sway to others. They err even when they sometimes think they are doing the right thing. It is so difficult to navigate this world when first leaving home and the slippery slope of the internet just adds to it.

209 East 23 Street, New York, NY 10010-3994   Tel 212.592.2510   Fax 212.592.2564   www.schoolofvisualarts.edu

Fine Arts Department

S V A  School of VISUAL ARTS

Clearly, what Dmitriy was involved in was wrong, but I beg you, honorable Judge, to be merciful in your sentencing. Please do not allow a one time mistake to be punished so severely and alter Dmitriy's bright future. Dmitriy regrets deeply what he has done and has learned what weight each of his actions can carry. With the strong support from the Church, his parents, his teachers and finally your help, he can be on his way to become a light of his future community.

Sincerely,
David Chow

Adjunct Associate Professor
Department of Fine Art
**School of Visual Arts**
nelson_chow@msn.com

ПОИСК...

**WELCOME**

OUR PARISH

BOOKSHELF

EVENTS

ПО-РУССКИ
ENGLISH

Pastoral visit of His Beatitude,
Metropolitan Jonah
to Christ the Savior Church
November, 15, 2009.
*More...*





**The Lord with Apostles**

*Artist Robert Raevsky (Church of Christ the Savior, New York, mid 1980's)*

"And they were in the way going up to Jerusalem; and Jesus went before them: and they were amazed; and as they followed, they were afraid. And he took again the twelve, and began to tell them what things should happen unto him, saying, Behold, we go up to Jerusalem; and the Son of man shall be delivered unto the chief priests, and unto the scribes; and they shall condemn him to death, and shall deliver him to the Gentiles; and they shall mock him, and shall scourge him, and shall spit upon him, and shall kill him: and the third day he shall rise again." (Mark, 10:32-34)

View painting in gallery

**The CURCH OF CHRIST THE SAVIOR** is a parish of the Orthodox Church in America, diocese of New York. It was founded in 1924 by Russian immigrants (History of the parish)

**Our website is a testimony about the Gospel of our Lord through the ecclesiastical life of our community.** Here you will find a concise history of our parish, information about important events in its life, a short summary of the history of Orthodoxy in

**The services** are held in English and Church Slavonic. Vigil is every Saturday at 6 p.m. The Divine Liturgy is every Sunday at 10 a.m.

**Address:** 340 East 71st St.
New York, NY 10021
Phone: 212-744-8502

**TRAVEL DIRECTIONS:**
**By Subway:** Take the #6 train to the 68th Street station and walk north-east to 71st Street. The Church is located on the right side of the street between the 2nd and 1st Avenues.
**By Bus:** Take M101, M102, M103 buses to 69th Street or M72 to 2nd Ave.

**V. Rev. Fr. Michael Aksionov Meerson, pastor**

**Warden:**
Peter Palterman
**Choir Directors:**
Natalia Lutov
Katherin Kalpus

**Webmaster:**
Julia Siss
jaspismusic@gmail.com

America, as well as articles about various aspects of Orthodoxy.



In American Orthodoxy, lay people have always played an important role, complementing the service of the Church hierarchy, and our parish is not an exception. We know that the Orthodox Church lives by its communion with its Lord and Chief Jesus Christ, who has said unto His disciples: **"I am the vine and ye are the branches... As the branch cannot bear fruit of itself, except it abide in the vine; no more can ye, except ye abide in me" (John 15:4-5).** And so we, who partake of Our Lord, constitute together one body, according to the apostle's words, "for the body is not one member, but many" (1 Cor. 12:14). Thus our web page narrates not only the events of the parish's life as such, but also tells what is most important in the everyday life of some of our parishioner and introduces visitors to their creative works.

# ATTACHMENT F



**CORNELL**

SAFETY     SECURITY     SERVICE™

## Moshannon Valley Correctional Facility

555 Cornell Drive
Philipsburg, Pennsylvania
16866
814-768-1200

**Warden:**
Cameron Lindsay

**Primary Customer:**
Federal Bureau of Prisons



Home
About Us
Adult Community-Based
Adult Secure
Abraxas Youth & Family
Investor Relations
Contact Us

Contact
Suppliers
About Cornell
Mission & Values
Management

Corporate Governance
Overview
Design & Build
Facilities
Overview
Facilities
Overview
Facilities
Investor Relations Home
SEC Filings
Financial Reports
Press Releases
Non-GAAP Financial Measures
Employment

Moshannon Valley Correctional Facility is a 1,495-bed facility housing low-security adult federal male offenders. Inmates are typically criminal aliens, although there are also a number of low-custody offenders from the Washington, D.C. area.

[facility fact sheet]

**back**

Cornell Companies, Inc. • 1700 W. Loop S., Suite 1500 • Houston, TX 77027 • Toll Free: 888-624-0816 • Fax: 713-623-2853

©2009 - Legal Terms & Privacy Policies | Home | Contact Us

**SAFETY          SECURITY          SERVICE**

# Moshannon Valley Correctional Center

Adult Secure Division

Philipsburg, Pennsylvania



## FACILITY INFORMATION

- Total Service Capacity - 1,495

- Custody Level - low-security adult males

- Contracting Agencies - Federal Bureau of Prisons (BOP)

- Year Cornell Assumed Operations - 2006

## BACKGROUND

- The Moshannon Valley Correctional Center (MVCC) opened in 2004 and houses low-security, nonviolent criminal aliens who normally have 90 months or less remaining on their sentence.

- Offenders are placed at MVCC through a contract with the Federal Bureau of Prisons (BOP).

## WARDEN CAMERON LINDSAY

Warden Cameron Lindsay has been with Cornell Companies since 2009. Prior to Cornell, Warden Lindsay had 20 years of experience with the Federal Bureau of Prisons (BOP), including everything from case management and assistant warden positions to the areas of facility administration as a BOP warden at multiple institutions. He also served as the Deputy Regional Director for the Northeast Regional Office in Pennsylvania.

In addition to Warden Lindsay's distinguished background with the BOP, he has also served as a lecturer and instructor in the areas of corrections and criminal justice. Warden Lindsay has a Bachelors of Science degree in Criminal Justice, a Masters of Science degree in Safety Management and a Masters of Science degree in Counseling and Guidance.

## FACILITY LOCATION AND VISITATION

Located on the eastern edge of Clearfield County, the facility sits inside the township of Decatur. It is approximately 30-minute drive from State College, PA off Philipsburg Bigler Highway 322/28th Division Highway.

MVCC has visitation hours from 8:30 a.m. to 3:30 p.m., Thursday through Sunday and on Federal holidays. For additional information or to make a visitation appointment, please call the MVCC receptionist at (814) 768-1200.

555 Cornell Drive

Philipsburg, Pennsylvania 16866

(814) 768-1200 phone Δ (814) 342-5900 fax

## PROGRAMS AND SERVICES

The following voluntary programs and services help prepare offenders to return to their local communities and provide for their well-being while at the facility.

- Educational offerings include GED, Adult Basic Education, English as a Second Language (ESL) and law and general libraries.

- Volunteers from Alcoholics Anonymous (AA) and Narcotics Anonymous (NA) provide offenders with substance abuse and addiction counseling.

- Life skills are taught in anger and stress management, budgeting, banking and personal finance, personal hygiene, securing housing and victim awareness and impact.

- Employment assistance and training includes resume writing, job search strategies, application assistance and interview techniques.

- On-the-job training opportunities are available in food and laundry services, barbering, library clerk services and classroom tutoring.

- Dining, laundry, dental and medical services are provided along with recreational and physical activity opportunities.

## COMMUNITY BENEFITS

The Moshannon Valley Correctional Center staff support a variety of local community programs, such as Adopt-a-Highway and Relay for Life through the American Cancer Society.

MVCC donates to local community fund raisers, including Moshannon Valley High School athletic teams and the Kiwanis.

## ACCREDITATION AND RECOGNITION

The Moshannon Valley Correctional Center is currently accredited through the American Correctional Association (ACA) and the Joint Commission on Accreditation of Healthcare Organizations (JCAHO).



**CORNELL**





| | Sorry! When printing directly from the browser your directions or map may not print correctly. For best results, try clicking the Printer-Friendly button. |

**A** Starting Location

**Verona, NJ 07044**

**B** Ending Location

**555 Cornell Dr**
Philipsburg, PA 16866-8139

Total Travel Estimate:  **4 hours 10 minutes**  /  **243.99 miles**    Fuel Cost: **Calculate**



**A** Verona, NJ 07044  Edit

| | | | |
|---|---|---|---|
| START | 1. | Start out going **SOUTH** on **CUMBERLAND AVE** toward **CLAREMONT AVE.** | 0.1 mi |
| | 2. | Turn **RIGHT** onto **CLAREMONT AVE.** | 0.1 mi |
| | 3. | Turn **SLIGHT RIGHT** onto **BLOOMFIELD AVE/CR-506.** | 0.1 mi |
| | 4. | Turn **LEFT** onto **LAKESIDE AVE/CR-636.** Continue to follow CR-636. | 1.7 mi |
| | 5. | Turn **RIGHT** onto **EAGLE ROCK AVE/CR-611.** | 0.7 mi |
| | 6. | Turn **LEFT** onto **CR-634/LAUREL AVE.** | 0.7 mi |

http://www.mapquest.com/maps?1c=Verona&1s=NJ&1z=07044&1y=US&1l=40.8313&1g=-74.2423...    5/25/2010



| | | | Merge onto **I-280 W** toward **NETCONG**. | 5.8 mi |
|---|---|---|---|---|
| | | 7. | | |
| | | 8. | Take the **I-80 W** exit on the **LEFT** toward **DEL WATER GAP**. | 0.5 mi |
| | | 9. | Merge onto **I-80 EXPRESS LN W**. | 1.7 mi |
| | | 10. | **I-80 EXPRESS LN W** becomes **I-80 W** (Portions toll) (Crossing into **PENNSYLVANIA**). | 222.2 mi |
| | | 11. | Take the **PA-53** exit, **EXIT 133**, toward **PHILIPSBURG/KYLERTOWN**. | 0.2 mi |
| | | 12. | Turn **LEFT** onto **KYLERTOWN DRIFTING HWY/PA-53**. Continue to follow **PA-53**. | 8.5 mi |
| | | 13. | Turn **SLIGHT RIGHT** onto **TWENTY-EIGHTH DIVISION HWY/US-322**. | 1.2 mi |
| | | 14. | Turn **SLIGHT RIGHT** onto **GRAHAM STATION RD**. | 0.2 mi |
| | | 15. | Turn **LEFT** to stay on **GRAHAM STATION RD**. | 0.3 mi |
| | | 16. | Turn **RIGHT** onto **CORNELL DR**. | 0.0 mi |
| | | 17. | **555 CORNELL DR** is on the **LEFT**. | |

**555 Cornell Dr**Edit
Philipsburg, PA 16866-8139

Total Travel Estimate:  **4 hours 10 minutes**  /  **243.99 miles**   Fuel Cost: **Calculate**

Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest.

# Cornell Companies, Inc.
## Litigation List

| PCR Claim# | Accident/Incident Date | First Name / Last Name | Facility | Location Code | Ethnicity | State | Claimant Type | Injury / Damages / Claimed | Claim Description | Total Incurred / Status | Comments | Outside Source | Cornell Lawyer | Case # | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 14-1120192-0 | 6-25-1999 | Thomas / Alexander | Tundra | 9402 | West | AK | Premise | Incident report only. Fall on back stairs | 53,000/Open | 8/11/00 - plaintiff requesting $150,000 in settlement. 6/6/01 received letter OSN attorney w/Answer of CRN to plaintiff 2nd amended complaint. | | PCM/Attorney | | | |
| 14-1120102-0 | 9-10-1999 | Colorado | Wyatt | 5550 | Secure | RI | Premise | Incurpage? | 25,000/Claim | Cornell received copy letter to PCM from CRN attorney they received a written demand from plaintiff attorney for $125,000. Urged plaintiff to reconsider lower amount be room for negotiation. 6/29/01 received receipt of the request of the CRPSC for defense | | PCM/Attorney | Dennis T. Grieco II | C.A. No. PC 01-2106 | |
| 14-1120102-0 | 4-13-1999 | Ralph | Schilel Fe | 8905 | Secure | RI | Cornell Liability | Violation of Civil Rights | 315,000/Open | 1/29/03 received copy of Motion & Order to dismiss; also received original of executed settlement Agreement. 16/603 received copy of Stip Notice of Aug'g Guardian Ad Litem - 1/50 des project admin - 1/30/02 Hearing has been rescheduled for Oct. 24, 902 at 9:30 a.m. Stipulated Motion to support Guardian AD Litem | | PCM/Attorney | Burke & Reiner | CV # 01-0100 DU-SKSM | |
| 14-1120181-0 | 11-11-1999 | Single | Eliasse | 5090 | Secure | RI | Employee | Retaliation - see Claim #s 1815,1817, & 1818 | 30,000/Open | 7/18/03 - hearing rescheduled to 9/VCR - ./9/26/00 hearing scheduled 9/1/201 - 2/12/01 Hearing has been rescheduled for 1/30/02 | | PHHS Assoc. | | EEOC 16u360216 | |
| 14-1120104-0 | 11-21-1997 | Duffy | Duffy | J850 | East | PA | Employee | Sexual and disability discrimination | 195,316/Open | 7/1/00 - settled through EEOC | | Other | NIKE, Vicari | Docket # E9?4640 | |
| 14-1320062-0 | 4-13-1999 | Tude | Tude | J855 | East | PA | Auto Liability | received acknowledgement of claim from Zurich | 0/Open | Cornell to make good will gesture | Zurich | | | 486-000583 001-TU | |
| 14-1300092 | 8-1-1999 | Valdez & Siege | Express | J905 | East | NM | Auto Liability | Driver struck 8 yr old child - driver not at fault | 16,000/Open | Under limits practice - phone service to inmates | Zurich | | Burkus & Reiner | EEOC 16u360216 | AG 4410 005384 |
| | 10-20-1999 | Kicks | Adrissa Foundation | 8905 | East | PA | Class Action | Under limits practice - phone service to inmates | 315,000/Open | 1/79/03 - provise 6/12/00 / 11/09/03 proposed Stip of Dismiss 3/5/00 all defendants filing motion to dismiss 6/9/3/0 received proposed Stip of Dismiss plaintiffs compliant. 10/4/01 - Defendants comply/Cornell Service Corp. & Robert Bass hereby move to dismiss the plaintiffs compliant. | | Other | Shuman, Arnang | AG 4410 005384 | |
| | 8-11-1999 | Kicks | | 8500 | | | | Premise | Death of Inmate (?) | 0/Open | | | | | |

## Cornell Companies, Inc.
## Litigation List

| PCM Claim Date | Accident Date | First Name | Last Name | Facility | Location Code | Division | Secure | Claimant Type | Injury/Disease Classification | Claim Description | Trial Incurred | Claim Status | Comments | Outside Source | Cornell Lawyer | Class | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 144120218 | 10/28/1998 | Glenn | Lecklra | Santa Fe | 5050 | | NM | Secure | Professional | conditions and inadequate medical care | 15,000/Open | per Pam, no legal entity has been named | PCM/Attorney | Dennis Greco | | | |
| 144120210 | 7/22/1997 | Edward | Ross | Santa Fe | 5050 | | NM | Secure | Professional | False imprisonment | 24,346/Open | | PCM | | | | |
| 144120221 | 10/25/1998 | Fernando | Herrera | Santa Fe | 5050 | | NM | Secure | Professional | violation of civil rights - see also claims 224G & 224C | 20,000/Open | 6/16/03 received copy of letter and appeal to NO/dispose judge denies appeal, judge Black dismissed case with prejudice due to Pl's writ of PCM 4/29/03 received letter from attorney Ost'o name as Plaintiff & replaced with/Joint Notice | PCM/Attorney | Dennis Greco | CIV 00-766 B&G/JS | Robert McNeil |
| 144120207 | 8/15/1998 | Robert R. | Girard | South Mountain | 4855 | | PA | Secure | Professional | conditions at facility | 14,500/Open | 5/23/00 - retained lawyer | PCM/Attorney | | | |
| 144150173 | 9/1/2000 | Robin | Smith | South Mountain | 4855 | | PA | Secure | Professional | J.C. is minor, Robin Smith is J/C's mother - Cornell received writ of summons - no info re violation of civil rights | 42,353/Open | 3/18/03 received letter CRH pro/ case assigned to judge Turgess, plaintiff attorney filed Motion for Enlargement of Time to file an Amended Pleading granted 3/19/03, 12/20/01 Plaintiff's attorney has filed an Amended Complaint, | PCM/Attorney | KIM Lieser | CA 3550-E 2000 | Ken Weir |
| | 9/10/2000 | Leslie | Watson | Santa Fe | 5050 | | NM | Secure | Professional | violation of prisoner's civil rights (put in cell with someone who had hepatitis) | 15,000/Open | 8/9/00 - received notice of lawsuit cc to PCM 1/30/00 an answer was filed by counsel on behalf of Pl/ no, Cornell on 12/20/02-the case is in its infancy 3/13/01 received order deferring recommendation on dispositive motion pending re-new by Pro se civil rights selection committee | PCM/Attorney | Bokus & Rainer | | |
| 0 | 1/6/2001 | Isidro | Richardson | Big Spring | 510 | | TX | Secure | Premise | Suicide | 0/Open | Incident Report | | | | |
| 0 | 12/21/2000 | Bryan | Chalbock | Santa Fe | 505-002 | | NM | Secure | Professional | inmate escape | 0/Open | Incident Report | | | | |
| 0 | 12/26/2000 | Ricky | Roybal | Santa Fe | 505-002 | | NM | Secure | Professional | Suicide | 0/Open | Incident Report | | | | |
| | 4/4/2000 | Larry | Martinez | Santa Fe County | 5050 | | NM | Professional | Tort | wrongful incarceration | 0/Open | 4/11/01-held improperly for over sixty days | KML Isbell | | | |
| | 4/22/2001 | Aaron | Anders | New Morgan | 910 | | PA | Employee | Professional | claiming violation of a co-tenant not to complete | 0/Open | 4/4/01-received notice of suit-initiated on 4/20/01 we have 30 days to respond/ 4/4/01- Complaint has not yet been filed on New Morgan Academy/ Aaron has sued the existing entity 4/19/01-trying to work out an amicable resolution to Dr. Torres | PCM/Attorney | | | |

Lamar Community Prison Consortium, Plan, Site and Proforma 4,500 to 750 Bed Private Correctional Facility - Lamar, CO / Cornell Companies, Inc. November 17, 2003

Litigation List - 2

## Cornell Companies, Inc.
## Litigation List

| PCRS Claim # | Accident Date | First Name | Last Name | Facility | Location Code | Division | State | Claimant Type | Injury/Damage Claimed | Claim Description | Total Incurred | Claim Status | Comments | Outside Source | Cornell Lawyer | Case # | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 10/28/2000 | Labecia | Barton | Southwest | 207 | Mid-West | IL | Incident Report | Professional | most leave injury | $0 | Open | 11/9/01: Canteen should be liable medical bill forwarded to them. |  |  |  |  |
|  | 2/21/2001 | Neal | Johnson | Wyatt Detention | 630 |  | RI |  | Professional | plaintiff asserts claims of gross negligence, breach of contract and breach of suite laws concerning medical confidentially | $0 | Open | 12/03: received letter Denny Grieco, plaintiff has filed a petition for writ of ecroteri w/US Supreme Court. 2/21/01: A verdict denying entry at final judgment in favor of all defendants that has been filed and is pending with the Court. |  |  |  |  |
|  | 5/21/2001 | Laura | Gomez | Santa Fe County | 105 | Secure | NM |  | Professional | alleges physical and mental abuse | $0 | Open | 5/21/01: received copy of Loretta Uncola's memorandum. | PCM/Attorney |  |  |  |
| 1441800242 | 8/15/1993 | Robert | Grand | Wyatt Detention | 630 | Secure | GA |  | Professional | alleges that his incarceration is unlawful | $7,000 | Open | 6/27/03 received letter to expose of plaintiff's claim 11/7/03 received letter from D. Grieco, defendants wish to end claim. 6/7/01: acceptance will retain attorney Denny Grieco to file an appropriate action on behalf of Pet CFDPC. |  |  |  |  |
| 1441300682 | 9/11/1996 | David | Connoly | Wyatt Detention | 630 | Secure | GA |  | Professional | alleges that his incarceration is unlawful | $7,000 | Open | 1/9/03 received letter D. Grieco, defendants agree to end claim. 6/7/01- "CFDPC" requesting that Cornell take action to remove a lien filed by David Connoly. Gulf will retain attorney Denny Grieco to file an appropriate action. |  |  |  |  |
| 1441800286 | 2/26/2001 | Natalie | Harkness | Salt Lake Valley | 115 | West | UT |  | Professional | attempted suicide | $750 | Open | 10/3/02 - PCM letter to plaintiff counsel - 4/23/01 received receipt of request for facility records from attorney Robert J. Labom regarding the attempted suicide of Natalie Harkness. | PCM |  |  |  |
| 1441800304 | 7/2/2001 |  | Turiaita | Santa Fe | 5505 | Secure | NM |  | Professional | alleges assault by correctional officers during incarceration | 13,000 | Open | 4/14/03 received Respons Brief recommend Dismissing action w/o prejudice. 11/21/02: 3/4/03 received letter to plaintiff from USC-14(appeal fee or application not been filed with dist.ct. | PCM | Bullivs, Gay & Jahner | Appeals # 02-2243 - D-1314-CV-01-0843 |  |
|  | 7/10/2001 | White | Jeff | Valencia County | 5505 | Secure | NM |  | Professional | alleges abuse of process | $0 | Open | 7/10/01: received Tort claim notice. |  |  |  |  |

Lamar Community Prison Consortium
Plan, Site and Promote a 500 to 750-Bed Private Correctional Facility - Lamar, CO
Cornell Companies, Inc. November 17, 2003

Litigation List - 3

## Cornell Companies, Inc.
### Litigation List

| PCM Claim # / Claim # | Accident Date | First Name | Last Name | Facility | Location Codes | Division | State | Claimant Type | Injury # | Client Description / Damage Claimed | Total Claims Incurred / Status | Comments | Outside Source | Cornell Lawyer | Case # | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1441500026 | 8/3/2001 | Mona | Johnson | Harrisburg Alternative School | 904 | East | | Employee | EEOC | alleges that she was denied a promotion on the basis of her gender | 12,000 Open | 8/14/01-received receipt of copy of letter from V. Johnson to J. Gulkey 8/9/01-received a Complaint of Discrimination & other documents issued by in HHRC 8/10/01-The fact finding conference set for 9/11/01 has been postponed | | | | Timothy Morgan |
| 1441500035 | 8/9/2001 | Larry | Galen | Great Plains | 526 | East | PA | Employee | EEOC | alleges sexoizzness and ... on the basis of her gender | 50,000 Open | 10/2/02 - has early 2003, 28-601- received summons 8/16/01 case set for pretrial in July 2002 | PCM/Attorney | Andrew Davis | | |
| | 8/27/2001 | James | Davison | Rawal Correctional | 110 | Secure | OK | | Professional | alleges inmate ... death | 0 Open | 8/27/01-incident report only of inmate James Davison | | | | |
| | 6/19/2001 | Brian | Eastman | Local Correctional | 117 | West | TX | | Professional | initiate emergency- may have possibly overdosed on drugs | 0 Open | 6/19/01-incident report only | | | | |
| | 8/3/2001 | Paul | Reid | Reid | 504 | West | TX | | Professional | alleges theft of property by staff ?ounting on to the facility, proper permits, pest problems etc. | 0 Open | 8/5/01 incident report only | | | | |
| 1441500047 | 8/4/2001 | Noah | Jorgensen | Yakamina County | 550 | Secure | NM | | Professional | alleges injuries by correctional officers | 0 Open | 7/23/01-received receipt of a notice of Tort Claim, 11/2/01-there are serious issues presented by this claim; coverage | PCM/Attorney | Dennis Crisco | | |
| | 8/5/2001 | Miguel | Rodriguez | Wyatt | 550 | Secure | RI | | Professional | alleges injuries as a result of negligent upkeep and maintenance. Carbon monoxide poisoning | 4,600 Open | 11/2/01-there are serious issues presented by this claim; does not appear likely that coverage for claims arising out of this incident will be available under either the professional liability coverage or the commercial general liability coverage | PCM/Attorney | Dennis Crisco | | |
| 1441500046 | 8/11/2001 | Peter H. | Jones | New Morgan Academy | 910 | East | PA | | Professional | EEOC | alleges Cornell refused to hire her because of her gender, race, and age | 5,000 Open | 9/11/01-received receipt of Complaint of Discrimination | PCM/Attorney | Pearl Ernie | 177-A13113 | Timothy Morgan |
| | 9/10/2001 | Perro | Hinata, Martinez & Group | Wyatt Detention | 050 | Secure | RI | | Professional | alleges negligent upkeep and maintenance of the Wyatt Facility after a carbon monoxide leak occurred | 0 Open | 9/10/01-received letter of complaint | | | | Timothy Morgan |
| | 9/25/2001 | Luis | Garcia-Garcia | Wyatt Detention | 000 | Secure | RI | | Professional | carbon monoxide poisoning | 0 Open | 10/2/01-repeated release letters from Timothy J. Morgan requesting info on the inmate | | | | Timothy Morgan |
| | 9/25/2001 | Antonio | De Los Santos | Wyatt Detention | 50 | Secure | RI | | Professional | carbon monoxide poisoning | 0 Open | 10/2/01-received release letters from Timothy J. Morgan requesting info into the inmate | | | | Timothy Morgan |
| | 9/25/2001 | Fabian R. | Diaz | Wyatt Detention | 50 | Secure | RI | | Professional | Carbon monoxide poisoning | 0 Open | 10/2/01-repeated release letters from Timothy J. Morgan requesting info on the inmate | | | | Timothy Morgan |

Lamar Community Prison Consortium, Plan, Site and Promote a 500 to 750-Bed Private Correctional Facility - Lamar, CO
Cornell Companies, Inc. November 17, 2003

Litigation List - 4

## Cornell Companies, Inc.
## Litigation List

| PCN/Claim Date | Accident Date | First Name | Last Name | Facility | Location Code | Division | Sub Div | Claimant Type | Injury / Damage Claimed | Claim Description | Total Amount | Claim Status | Comments | Outside Source | Cornell Lawyer | C Case | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/25/2001 | Gladion | De Los Santos | Wyatt Detention | 50 | Secure | RI | Professional | | carbon monoxide poisoning | | 0 Open | 10/2/01: received release letters from Timothy J. Morgan requesting info on the inmate | | | | Timothy Morgan |
| 9/25/2001 | Pablo Fravio | Martinez | Wyatt Detention | 50 | Secure | RI | Professional | | | carbon monoxide poisoning | | 0 Open | 10/2/01: received release letters from Timothy J. Morgan requesting info on the inmate | | | | Timothy Morgan |
| 9/25/2001 | Dennis | Rowe | Wyatt Detention | 50 | Secure | RI | Professional | | | carbon monoxide poisoning | | 0 Open | 9/11/03 - received suit via mail ...10/2/01: received release letters from Timothy J. Morgan requesting info on the inmate | PCM | | | Timothy Morgan |
| 9/25/2001 | Juan | De Los Santos | Wyatt Detention | 50 | Secure | RI | Professional | | | carbon monoxide poisoning | | 0 Open | 10/2/01: received release letters from Timothy J. Morgan requesting info on the inmate | | | | Timothy Morgan |
| 9/25/2001 | Eris | | Wyatt Detention | 50 | Secure | RI | Professional | | | carbon monoxide poisoning | | 0 Open | 10/2/01: received release letters from Timothy J. Morgan requesting info on the inmate | | | | |
| 9/25/2001 | Gary | | Wyatt Detention | 50 | Secure | RI | Professional | | | carbon monoxide poisoning | | 0 Open | 10/2/01: received release letters from Timothy J. Morgan requesting info on the inmate | | | | |
| 9/25/2001 | Paul R. | Blanchette | Wyatt Detention | 50 | Secure | RI | Professional | | | carbon monoxide poisoning | | 0 Open | 10/2/01: received release letters from Timothy J. Morgan requesting info on the inmate | | | | |
| 9/25/2001 | Robert | Rodriguez | Wyatt Detention | 50 | Secure | RI | Professional | | | carbon monoxide poisoning | | 0 Open | 10/2/01: received release letters from Timothy J. Morgan requesting info on the inmate | | | | |
| 9/25/2001 | Ernesto | Melendez | Wyatt Detention | 50 | Secure | RI | Professional | | | carbon monoxide poisoning | | 0 Open | 10/2/01: received release letters from Timothy J. Morgan requesting info on the inmate | | | | |
| 9/25/2001 | Justo | Rosario | Wyatt Detention | 50 | Secure | RI | Professional | | | carbon monoxide poisoning | | 0 Open | 10/2/01: received release letters from Timothy J. Morgan requesting info on the inmate | | | | |
| 141740025.0 | 10/12/2001 | Kevin | Olin | New Morgan Academy | 910 | East | PA | Professional | EEOC | alleges that Cornell refused to promote him in retaliation for his having previously filed a complaint with the PHRC | 5,000 Open | | 10/19/01: received receipt of complaint. | | | | |
| 141000085.0 | 10/15/2001 | Shane | East Adams | D Hay James | 700 | Secure | GA | Professional | | alleges that employee Scott Adams has intentionally and with malice disseminated false information about the plaintiff & has conducted an invasive search of the plaintiff's cell contrary to standard procedures | 12,000 Open | | 11/8/01: received receipt of lawsuit 10/30/01: received copies of answers on behalf of Cornell Corrections and Officer Scott Adams | | Widow W. Barlew | | |
| 141180037.8 | 11/1/2001 | Stephen | Mabley | Weeping Wa ng County | | Secure | PA | Employee | | allege he was improperly terminated from his employment | 750 Open | | 10/3/01 - received notice of lawsuit. County will defend lawsuit. Cornell & Warden Mennard | | | | |

## Cornell Companies, Inc.
### Litigation List

| PCM Claim | Accident Date | First Name | Last Name | Facility / Location Code | Division / State | Claim Type | Injury / Damage Claimant | Claim Description | Total Incurred | Claim Status / Bonus | Comments | Outside Source | Cornell Lawyer | Case # | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5/24/2001 | Maria | Lomas | Valencia County | 560 | Secure | NM | Employee | Premise | claims knee injury | | 0/Open | 1/27/00 received from Sturges&Houston, claimants attorney, request for production and interrogatories to employer/insured. 3/18/02- Mediation scheduled March 5, 2002 at 11:30 a.m. | | | WCA # 01-07200 | Paul E. Houston - 988-8929 | |
| 1441660270 | 7/31/2001 | Willie | O'Hara | | 750 | Secure | GA | Professional | | alleges severe injuries received in a chemical exposure incident and did not receive adequate medical care. | 750/Open | 1/16/01- received notice of potential lawsuit | | | | | |
| 0 | 7/31/2001 | Charles | Byrd | D. Ray James | 750 | Secure | GA | Professional | | alleges severe injuries received in a chemical exposure incident | 0/Open | | | | | | |
| | 7/31/2001 | John | Eskele | D. Ray James | 700 | Secure | GA | Professional | | alleges severe injuries received in a chemical exposure incident | 0/Open | | | | | | |
| 1620374 | 11/2/2001 | William | Hill | D. Ray James | 700 | Secure | GA | Professional | | alleges severe injuries received in a chemical exposure incident | 750/Open | 5/13/02- received notice of lawsuit .....10/15/02 - PCM responded to plaintiffs attorney asking to take offer of settlement.....11/9/01-received receipt of correspondence from attorney Benjamin Echnoz. | PCM | | | | |
| | 9/6/2001 | Tony A. | Sanchez | Santa Fe County | 506 | Secure | NM | Professional | | surgery, suffered injuries in a fall | 0/Open | 10/26/01- received Tort Claim. Mr. Tony Sanchez intends to present claims for damages against the County of Santa Fe and certain officials and employees alleging from the incident resulting in Mr. Sanchez personal injuries | PCM/Attorney | | | Ray Wall | |
| 1441660377 | 11/12/2001 | Ty | Gortz | Santa Fe County | 506 | Secure | NM | Professional | | alleges violation of civil rights | 10,000/Open | 10/26/01- Cornell filed Answer .....8/19/02 - Cornell lawyer received summons.....11/12/01- Tort claim | PCM/Attorney | | Bukva, Gay | Ray Wall | Leroy Patton |
| 1700256 | 5/6/2001 | Amaya | Amaya | | 505 | Secure | NM | Professional | | alleges he was wrongly incarcerated | 750/Open | 1/13/02-received copy of letter to plaintiff's attorney regarding potential claim arising from alleged injuries 1/14/03-received rec'd of reply from PCM - 1/15/01-received Tort Notice. | | | | | |
| 1441660404 | 12/26/2001 | Gerald D. | Daines | Great Plains 250 | | Secure | OK | Professional | | alleges that he has been subjected to disciplinary and classification decisions based upon his alleged involvement in prison activity | 7,000/Open | 1/2/01-received Notice of Service and Process by certified Daines 1/17/02-received receipt of lawsuit. | | | | | |

Lamar Community Prison Consortium
Plan, Site and Promise # 500 to 750-Bed Private Correctional Facility : Lamar, CO
Cornell Companies, Inc. November 17, 2003

## Cornell Companies, Inc.
## Litigation List

| PCA Claim# | Decision Date | First Name | Last Name | Facility | Location Code | Division | State | Claimant Type | Injury/Claim Type | Claim Description | Total Reserved | Claim Status | Comments | Outside Source | Cornell Lawyer | Case # | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1441600097 | | Gregory | Kazmerski, III | Watonwan County | 1939 | Secure | MN | Professional | | alleges he was diagnosed with hepatitis C prior to his incarceration and the facility has refused to provide medical treatment for this condition | 750 | Open | 1/14/02-received receipt of lawsuit. County will defend Cornell and Warden followed in this matter. PCA will take no action toward retaining counsel or preparing a defense at this time. | PCM/Attorney | | | |
| | 1/3/2002 | Deborah | Heinsohn | | | | | | | | 0 | Open | 10/31-received a copy of the Notice of Hearing scheduled for Thursday, March 7, 2002 at 10:00 a.m. | | | | |
| 1700028 | 1/21/2002 | Jason | Johnson | Valencia County | 560 | Secure | NM | Professional | | Minor - John Doe alleging rape by another inmate | 100,000 | Open | 7/02/02-received Cornell as brief of PCM received plaintiff's witness list; 7/16/01-received plaintiff's proposed request; 2/6/03-received PCM seeking settlement authority of $50,000; 7/14/03-received plaintiff's response to Cornell's motion | PCM/Attorney | Barlow, Gay; D-1314-CV-02-550 | | Apodaca Law Firm |
| 1700020 | 6/19/2001 | Brogan | D. Ray James | 700 | | Secure | GA | Premise | | alleges the plastic chair provided while waiting collapsed | 750 | Open | 8/11/02 - facility served w/lawsuit; 4/02/02-Troy Secord rec'd from Mr. Kildall to provide him with plaintiff's disclosure of incident; 4/22/02-received recd of correspondence from atty Robert Kildall | PCM/Attorney | Barlow & Baskin; 001-193 | | Mary Sheldon |
| 1700017 | | Brice | New Morgan Academy | 910 | | Secure | PA | Employee | | alleges she was discharged because of race | 6,000 | Open | 7/26/02 received Notice of Fact Finding Conference May 11, 2002 at 9:30 a.m.; 2/18/02-received receipt of complaint | PCM/Attorney | Keil, Lieber; 137-A200866 | EEOC | |
| 1700017 | 1/15/1967 | George | Wyatt | 050 | | Secure | RI | Professional | | alleges he was assaulted while incarcerated and claims his injuries were caused by the failure of facility personnel to observe facility policy regarding the lock down status & to otherwise protect him from the known risk of harm from other inmates. | 0 | Open | 11/25/02-received receipt of the request of the CFSC for defense and indemnification regarding the lawsuit filed by Mr. Serio | Other | Dervish T. Chisco | | |
| 1700026 | 2/26/2002 | Marieta | Ance | New Morgan Academy | 910 | East | PA | Employee | | alleges she was denied a promotion to a supervisory position because she did not possess the college degree required for the position | 3,750 | Open | 2/26/02-received receipt of complaint | PCM/Attorney | Peter Erlna | | |
| 1700002 | 2/26/2002 | Henry Y. | Lewis | New Morgan | 910 | East | PA | Class Action | | | 0 | Open | | PCM/Attorney | Locke Liddell | | EEOC |
| 1441600000 | 9/12/2000 | Grayson | Williams, et al | Corp | | Corp | TX | Class Action | | | 9,500 | Open | | | | | |
| | 9/12/2000 | Nicole | Burr | Abraxas I | J500 | East | PA | EEOC | | forced to resign | 9,500 | Open | alleges she was forced to resign from employment in retaliation for previous claims against supervisors | PCM/Human Relations Commission | | | PA Human Relations Commission |

## Cornell Companies, Inc.
## Litigation List

| PCM Claim# | Accident Date | First Name | Last Name | Facility | Location Code | Division | Status | Claimant Type | Injury/ Damage Claimed | Claim Description | Total Incurred | Claim Status/ Comments | Outside Source | Cornell Lawyer | Case# | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700051 | 1/22/2001 | John | Valencia | Valencia County | 1600 | NM | Secure | Professional | | alleging assault by officer; assault and negligent breach of the duty of care. | 0/Open | 2/13/02-received notice of Tort Claim. | | | | Begum 505-286-5904 |
| 1700051 | 3/14/2002 | Harold | Green | Baker Correction Center | 110 | GA | Secure | Professional | alleges wrongful termination and discrimination | 750/Open | 2/10/03 received form PCM, they will close the tort administrative purposes. Mr. Haaz form filed for PCM since Mr. Green since worked with him. 3/4/02-received letter of complaint from Mr. Green. | PCM | | | Brittain & Attorney at Law |
| 1700048 | 2/28/2002 | Leslie | Goodman | Cordova Center | 601 | AK | Secure | Professional | lost and all accident | 750/Open | 2/19/02 received letter from PCM received the correspondence from claimant's or counsel since 4/10/02. 3/18/02-received notice of filing. Robert Junaska attorney for claimant. 4/12/02-received notice of correspondence attorney for Ms. Goodman. | PCM | | | |
| | 4/11/2002 | Benjamin | Paris | Turnout Center | 1600 | AK | West | Professional | | | 0/Open | 4/13/02-received original and one copy of Defendant's Answer to Complaint. | | | | |
| 1700042 | 5/22/2002 | Lawrence | Cooper | D Ray James | 700 | GA | Secure | Professional | alleges he was injured while playing softball; he slid onto razor wire that was located on or near the softball field | 8,000/Open | 4/29/02-received receipt of lawsuit. | PCM/Attorney | Walter W. Bailee, III | | |
| 1700042 | 10/30/2002 | Robert | Doyle | D Ray James | 700 | GA | Secure | Professional | alleges Cornell was negligent in failing to protect him from attacking inmate. Alleges that he suffered a broken ankle and a fractured toe. | 8,000/Open | 4/29/02-receive receipt of lawsuit. | PCM/Attorney | Walter W. Bailee, III | CIV-02V274 | |
| 1700055 | 5/16/2002 | William | Byrd, III | Great Plains | 500 | OK | Secure | Professional | alleges that facility officials have altered records relating to his classification & compensation of his sentence & have otherwise interfered with his ability to transfer to a temporary release program. | 10,000/Open | 5/10/02-received receipt of lawsuit. 6/10/02-filed a Motion for Summary Judgment which is pending. | PCM/Attorney | Larry Patton | CIV-02-52-W | |
| 1700055 | 4/25/2002 | Corey | Griffin | Alexander Youth Service Center | 250 | Mid-West | AR | Professional | Premise | accident report only. Fell reaching for cards in the mouth and almost swallowed out. | 0/Open | 5/21/02-received notice of accident report. | | | | |
| 1700060 | 5/09/2002 | Ralph | Guerrance | Abraxas Center for Adolescent Females | 885 | East | PA | Employee | EEOC | alleges he was terminated based upon his race. | 7,000/Open | 5/29/02-received receipt of correspondence from attorney representing Mr. Guerrance along with a complaint with PHRC and EEOC. | | | | Schwartz 2200460 570-321-7554 |

Lamar Community Props Consortium
Pam, Sia and Promote a 500 to 750-Bed Private Correctional Facility / Lamar, CO
Cornell Companies, Inc. November 17, 2003

Litigation List - 8

## Cornell Companies, Inc.
## Litigation List

| PCM Claim # | Accident Date | First Name | Last Name | Facility | Location Code | Division | Sales Type | Channel | Injury/Damage Claimed | Claim Description | Total Claimed | Claim Status | Comments | Outside Source | Cornell Lawyer | Case # | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700070 | 5/28/2008 | Francisco | Hogun, et al | Santa Fe County | 5505 | Secure | NM | Premier | violation of civil rights and disciplinary sanctions | alleges that 2 inmates were subjected to disciplinary sanctions for improperly withdrawing funds from his inmate trust fund account | $0 Open | 3/2/10 received PCM letter court set scheduled conf. for 5/26/03, this rep not to be produced; 1/29/03 received USDCNDOK/NM, Atty's Provisional Discovery Plan; 1/29/03 received Order of Dismissal; dismissed w/o prejudice - 11/14/02; received Cornell's one to complaint; | $0 Open | | PCM/Attorney | Curt J. Bulleck | CIV-02-0409 | Nowroya Inc. 595-046-8499 |
| | 6/6/2002 | Daniel B. | Farrow | Great Plains | 526 | Secure | OK | Professional | | alleges that he was subjected to disciplinary sanctions for improperly withdrawing funds from his inmate trust fund account | $8,000 Open | 9/14/02 received receipt of lawsuit | $8,000 Open | | PCM/Attorney | Leroy Patton | | |
| 1700001 | 6/14/2002 | Raymond | Davis | Great Plains | 526 | Secure | OK | Professional | | | $75,000 Open | 4/2/03 received minute order setting trial/jury selection date of 5/19/03; 1/13/03 received initial pretrial report; received interrogatory to State Hogun; received copy of Albuquerque Police Dept report claim ...6/17/02 received incident report only;6/25/02 received receipt of incident report | $75,000 Open | | PCM/Attorney | Michael Jahner | CIV-02-CV-409 RLP | Alfred E. Hadden |
| 1700020 | 5/28/2002 | Francisco A. | Hogun | Santa Fe County | 5506 | Secure | NM | Professional | incident report, negligence and excessive use of police force. | incident report. | $750 Open | 6/25/02-confirm rec't of lawsuit w/copy of incident reports & medical reports;6/20/03-re-open lawsuit;6/18/03-received summons & faxed to PCM;4/25/03 incident not resolved or claim...;6/17/0~received incident report only;6/25/02-received receipt of incident report | $750 Open | | PCM | CV2002-96255 | |
| 1700112 | 1/15/2001 | Darren | Jones | Alexander Youth Services | 525 | East | AR | Professional | alleges that he was injured at the time of Darren Jones | alleges that he was injured at the time. | $0 Open | | | | | | |
| 1700128 | 6/13/2001 | Krystal | Watts | | 858 | East | PA | Professional | slip and fall. incident report only | alleges he was injured while playing Frisbee baseball | $750 Open | 7/15/02 received receipt of correspondence from Mr. Watts' attorney. | $750 Open | | | | Robin Bertceller |
| | 6/18/2002 | Noel | Maldonado | Day Treatment/Harrisburg Secure Mountain Treatment Ctr. | 604 | East | PA | Professional | | | | | | | | | |

Lamar Community Prison Consortium
Plan, Site and Purchase a 500 to 750-Bed Private Correctional Facility - Lamar, CO
Cornell Companies, Inc. November 17, 2003

## Cornell Companies, Inc.
## Litigation List

| PC#/Claim | Accident Date | First Name | Last Name | Facility | Location Scale | Division | State | Claimant Type | Injury/Damage Claimed | Claim Description | Total Incurred | Claim Status/Comments | Outside Source | Current Lawyer | Case Name | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1600206 | 11/28/2006 | Michael | Paravcic | | | | | | slip and fall | 0 Open | 7/15/02-PCM-delay any and all liability by any damage arising from this incident and decline to make any offer of settlement regarding this matter | PCM | | | |
| 1700142 | 5/26/2006 | Angel | Southwood 207 | | Mid-West | IL | | Professional | civil rights discrimination | alleges was wrongfully discharged from program, harassed and discriminated against because of national origin | 750 Open | 6/6/02-received receipt of complaint | PCM | Marianne Bonoli | City of Chicago | |
| 0 | 7/12/2006 | Patricia | Sanchez | Valencia S660 | | Secure | NM | Employee | complaint | rodent only - complaint from former employee - not receiving shots | 0 Open | 7/15/02 - response sent to former MoB employee | | | | |
| 1700322 | 3/10/2006 | Tyson | D. Ray James S700 | | | Secure | GA | Professional | incident - slip and fall accident | 750 Open | 6/3/03-received letter PCM acknowledge rec'd of correspondence from Cornells attorney, received copy; letter PCM to Cornells attorney; 5/4/03 - received notice from client's lawyer | PCM/Attorney | Benjamin Espinoza | | |
| 1700195 | 7/31/2006 | Kenneth | Great Plains 1207 | | | Secure | TX | Professional | alleges that he was injured in an over-crush with another inmate, further alleges he did not receive adequate medical treatment | 7,500 Open | 7/31/02-received receipt of lawsuit | PCM/Attorney | | | |
| 0 | 7/11/2002 | Henry Davnz | Reed | S04 | | West | TX | Professional | incident - slip and fall accident - believe claus due to illegal drug overdose | 0 Open | 7/11/02 - received incident report | | Marty Paulion | | |
| 1700191 | 5/29/2006 | Kenneth | Washington S35 | | | Secure | PA | Professional | plaintiff claiming deprivation of religious rights | 6,000 Open | 1/16/03 received Memo & Order denying plaintiffs req for Court to appoint an attorney to grant - 1/16/03 received letter from Peter Ennis w/copy of motion filed by plaintiff req'g extension of time to respond | PCM/Attorney | Kari Rooney | 02-1538 | self |
| 1700001 | 1/13/2002 | Tyrone | Burke | 910 | | East | PA | Professional | alleged harassment based on race Agency | 6,000 Open | 1/16/03 received notice from PHRC to close the case w/no Notice of Complainant's Rights; 6/13/03 - Charge was originally sent to plaintiff | PCM/Attorney | Add Rooney | 17/VA/320 | PHRC |
| 1702000 | 1/16/2002 | Austin | D. Ray James S530 | | | Secure | GA | Professional | allegas officers improperly maintropes & open his outgoing mail | 6,000 Open | 10/16/03 - PCM assigned lawyer to investigate | PCM/Attorney | Ballow & Ballow | 02V-240 | |
| 1702009 | 1/16/2002 | Nelson | Austin | S530 | | Secure | GA | Professional | Inmate alleges that the facility law library is inadequate | 6,000 Open | 10/6/03 received copy letter Rainbow&Ballow to Worden Ayers concerning interrogatories requesting written response to each question - 10/16/02 - PCM in receipt of lawsuit | PCM/Attorney | Ballow & Ballow | CV02-069 | |

Lamar Community Prison Consortium
Plan, Site and Promote a 500 to 750 Bed Private Correctional Facility - Lamar, CO
Cornell Companies, Inc. November 17, 2003

# Cornell Companies, Inc.
## Litigation List

| PCM Claim | Accident/ Incident Date | First Name | Last Name | Facility | Location/ Division Code | Division State | Claimant Type | Injury/ Claimant Damage Channel | Client Description | Total Insured Claim | Comments | Outside Source | Cornell Lawyer | Case PMRC | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 9/27/2002 May H. | Stewart | Seaside Carter | P818 | 250 | West AK | Employee | Wage Claim | alleging that as wage/benefits were not paid upon termination | 0 Open | 10/31/02 - response sent to DOL/Alaska | MGB | | | DOL - Alaska |
| 1702038 | 4/4/2001 New | Brooks | SMSTU | J855 | East PA | Employee | EEOC | claims gender based discrimination and harassment | 0 Open | 1/2/2002 - received notice from PCM... | | Peter Erna | 200028470 PHRC | EEOC |
| 1702012 | 9/27/2002 John | Hamilton | D. Ray James Prison | 700 | Secure GA | Professional | | acknowledge receipt of a report of an incident. It appears that Plaintiff suffered any significant injury as a result of this incident. | 750 Open | | | | | |
| 1702028 | 11/20/2005 Name | Terrazas Anita | Big Spring Fugitive | 513 | Secure TX | Professional | | alleges that correctional officers have continuously teased him since the arrival at the facility, alleges he has suffered medical negligence, emotional distress and psychological harm during his incarceration | 1,000 Open | 1/16/02 received copy of Request to Field Report - 11/18/02 issued order to master to PCM ask rec'd lawsuit filed pro se by plntf - be hasn't pd the requisite fees or requested to proceed in forma pauperis, also not requested prior of summons in this matter. | | | 2002-3155 | |
| 17.01lbs | 9-15-2002 Shaun | King | Residential Senior | 228 | Mid-West IL | Professional | Injured Hand | alleges negligent acts on the part of you and Cornell including transporting King to a pool where no lifeguard was present and allowing him to swim in the deep end of pool without checking his ability to swim or your (Arlington) inability to swim | 525,000 Open | 12/10/02 copy of letter from Marianne Borodas to Corryn Shelby stating employment of Anthony Arlington, acknowledge receipt of lawsuit filed by Lisa King Special Administrator of the Estate of Shaun King | PCM/Attorney | | ODL 012942 | |
| 0 | 11/20/2002 Gerard | Inman | Reid Residential | 504 | West TX | Professional | | 116/02 faxed memorandum detailing residents death to Rex Planas J.im Martin (PCM) | 0 Open | | PCM/Attorney | | | |
| 1702026 | 9-11/2000 John | Barry | Taylor St CDC Ctr | 138 | West CA | Professional | Professional | | 3,000 Open | 6/6/02 rec'd PCM preliminary analysis; order of default filed - vacated with ruling to become final 11/7/03 received from PCM info re lawsuit alleges damage to personal property - 12/12/02 Sent letter w/copy of summons to PCM | David Guerriheri | 192239 | |
| 1702057 | 12/18/2002 Redmo | Barry | AY9C | 250 | Mid-West AR | Incident Report | | disrespectful and disruptive | 750 Open | 11/4/02 received PCM request plntf ability received PCM info re ability, received PCM info; incident report only. 11/8/03 no claim. | PCM/Attorney | | RS McCullough | |

Lamar Community Prison Consortium
Plan, Size and Promote a 500 to 750-Bed Private Correctional Facility - Lamar, CO
Cornell Companies, Inc. November 17, 2005

## Cornell Companies, Inc.
## Litigation List

| PGM Claim Number | Incident Date | First Name | Last Name | Facility | Location | Division | State | Claimant Type | Injury / Damages Claimed | Claim Description | Totals Incurred | Claim Status | Comments | Outside Source | Current Lawyer | Case | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700166 | 9/18/2002 | Michael | Cordova | Cordova Center | P601 | West | AK | Professional | | personal injury complaint, claims to have slipped and fell on wet floor | 20,000 Open | 2/24/03 received letter CRN entry. trial date not set, unlikely before 04 settlement would be in range $5000 to $25000. 1/17/03 received letter from PCM attorney. received ack. Hearing delayed again, received letter, lawsuit. 12/31/02 received letter claiming agrees to extend area to compete. | PCM/Attorney | Robert A. Reebock & Reebock & Reebock | 1XN-02- 11050 Cr. | |
| 1700065 | 5/30/2002 | John | Berry | Taylor CDC 108 | | West | CA | Professional | | violation of constitutional right of religion | 3,000 Open | 6/26/03 received PCM preliminary analysis, order of default but vacated with ruling to become final. 1/20/03 received letter from PCM plaintiff alleges facility failed to provide kosher food required by religion, claims he brought kosher food but it was disposed of | PCM/Attorney | Eli Eben-Shmuel | 136239 | |
| 1700080 | 1/10/2002 | Jane | Doe 1 | Contact Center | 222/223 | Mid-West | IL | Professional | | claims sexually harassed and injuries sustained | 0 Open | 2/11/03 received PCM, 1/2/03 received copy of summons and complaint alleging sexual harassment. Failed to file with EEOC | PCM/Attorney | Thomas Underwood | 931_26- Kopsick | Gabriel & Kopsick |
| 1700275 | 10/24/2002 | Scott | Parker | ALAT | 880 | East | PA | Employee | | claims he was discriminated against due to gender | 7,000 Open | 2/28/03 received letter PCM acknowledgement recp't of Chg of Discrimination, received letter PCM to CRN entry. | PCM/Attorney | Peter Erris | EEOC Charge # 170-426-0945 | Peter Erris |
| 1700304 | 9/18/2002 | Cushina | Coxie | New Morgan Academy | J910 | East | PA | EEOC | | claims falsely accused of sleeping while on duty and discriminated, received letter PCM to CRN entry. | 5,045 Open | 2/28/03 received letter PCM acknowledge recp't of Chg # Discrimination, received letter PCM to CRN entry. | PCM/Attorney | Peter Erris | EEOC Charge # 170-426-0945 | |
| 1700016 | 12/27/2002 | John | Dupage | | J216 | Mid-West | F | Employee | | alleging gender discrimination based on national origin (partial) | 750 Open | 3/24/03 position statement to EEOC | PCM | Marjanne Sonkeri | 210-43D-1427 Chicago | |
| 1700337 | 4/21/2002 | Cecile | Britton | Abraham I | J832 | East | PA | EEOC | | claims she has suffered discrimination as harassment as result of disability (diabetes) | 8,000 Open | 3/24/03 position statement to EEOC received complaint filed by Britton | PCM | Peter Erris | Docket 200006794 EEOC-PHRC | |
| 1700341 | 4/29/2002 | Eivin | Fuller | D' Ray James | 5700 | Secure | GA | Professional | | grievance - claiming improperly moved & lost credit resulting in reduction in pay & privileges | 0 Open | 4/28/03 - received grievance | PCM | | | |
| 1700340 | 9/16/2002 | Anthony | Stokes | D' Ray James | 5700 | West | GA | Professional | | alleges facility has denied request for medically protected footwear | 0 Open | 5/6/03 receiving grievance entry received acknowledgement from PCM | PCM | | | |
| 1700039 | 3/16/2003 | Ramona | Lewis | Santa Fe Youth | J506 | West | NM | Professional | | incident - alleged sexual activity between employee and juvenile resident | 0.00 | 5/6/03 - incident only | PCM | | | |
| 1700428 | 1/10/2003 | Jimmie | Pryor | Salt Lake Deten. | J115 | West | NM | EEOC | | alleged racial and disability discrimination | 0 Open | 5/16/03 - PCM to hire outside lawyer, 5/2/03 - Cornell to retain outside lawyer, to prepare response if mediation fails | PCM/Attorney | Silvester & Conroy | 35C-A3-0563 | |

Lamar Community Prison Consortium
Pam, Sac and Promise of 500 to 750-Bed Private Correctional Facility / Lamar, CO
Cornell Companies, Inc. November 17, 2005

# Cornell Companies, Inc.
## Litigation List

| PCM Claim # | Accident Date | First Name | Last Name | Facility | Location/Code | Division | State | Claimant Type | Injury/Damages EEOC | Claim Description | Total Claim Received | Comments | Outside PCM/Attorney | Cornell Lawyer | Case # | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700342 | 2/6/2004 | Lashne | New Morgan | Wernersburg | 4910 | East | PA | Employee | | alleges discrimination based on age, gender & disability | 0:Open | 5/20/03 - PCM received charge | PCM | Wernersburg nd County | 00-0350 | Philpotz & Philpotz |
| 1700331 | 3/12/2001 | John | Schmitt | Wernersburg nd | 5535 | East | PA | Professional | | | 0:Open | 7/21/03 - filed motion to Cornell; 5/14/03 - PCM received lawsuit. County will defend & indemnify Cornell | PCM | Wernersburg nd County | 00-0350 | |
| 1700281 | 8/15/2001 | James | Anaya | Santa Fe | 5505 | West | NM | Professional | | raises damages for alleged injuries suffered as result of failure to adequately treat ankle injury | 0:Open | 7/08/03 - PCM received attorney correspondence | PCM | | | |
| 1700332 | 5/23/2001 | Delbert | Herrera | Santa Fe | 5505 | West | NM | Professional | | alleges assault by correctional officer; 7/15/03- received copy of answer to complaint sent by Cornell lawyers | 0:Open | 7/08/03 received letter at Cornell - acts for Pete Injury Complaint; 6/26/03 received letter from PCM; 6/20/03-received summons & complaint; 6/16/03-received summons 4/23/03-case transferred to civil docket; plaintiff to obtain service on Cornell | PCM | Butkis, Guy & Jahner | D-0101-CV-200/12946 | |
| 1700347 | 1/10/2001 | Robert | Jones | Great Plains | 5220 | West | OK | Professional | | alleges he suffers from Hep C & B but did not receive certain meds that would aid in treatment; alleges suffers from physical uncomfortable with malnutrition & inappropriate hot or his condition contrary to 8th Amend | 0:Open | 5/16/03 PCM indicating the case is not a good candidate for a motion to dismiss and/or a motion for summary judgment; 5/13/03 - PCM assigned lawyer to investigate for Cornell | PCM | Andrews Davis Legg | CIV-03-290-F | |
| 1700348 | 9/12/2001 | Charles | Abeyomi | Big Spring Airpark | 5512 | West | TX | Professional | | alleges assault by another inmate; alleges failed to properly post & monitor situation | 0:Open | 7/15/03- attorney dismissed as frivolous & plaintiff had circuit remanded ... another motion to dismiss and/or a motion for summary judgment; 5/15/02 - 8/9/00 - PCM assigned lawyer to investigate for Cornell | PMC/attorney | Push, Koh, Morgan | EP-02-CA0122 self | |
| 0 | 5/12/2001 | Nafrisah | Weatherwax Inc | 5536 | Secure | PA | Professional | | Civil rights violation - attacked by security guards | 0:Open | 5/19/03 - County of Westmoreland County to defend - no action on claim yet | Wernersburg nd County | Push, Koh, Morgan | CIV 02-2669 | Mike Pushnoff |
| 1700344 | 4/16/2005 | David | Agrabaii | J830 | East | PA | Professional | | Incident report - no claim has been filed | 0:Open | Modsugive (residential) was assaulted by another juv. Resident | PCM | | | |
| 1700346 | 2/09/2003 | Dustin & Ramona | Lewis | Santa Fe Southwood | J506 | West | NM | Professional | | incident report of 2; residents engaged in mutual fondling | 0:Open | incident report - no claim has been filed | PCM | | | |
| 0 | 7/15/2003 | Edward | Cook County benefit | M037 | Mid-West | IL | Professional | | Lehrl on parent Jerry Spann on behalf of John Stringer Hosp. | 0:Open | 4/23/03 - received notice of claim - faxed to PCM | PCM | | | |
| 1700040 | 3/2/2003 | Edward | Bias | Great Plains | 5520 | Secure | OK | Professional | | alleges received inadequate treatment & was forced to perform inappropriate work for his medical condition | 0:Open | 5/12/03 - received summons - sent to PCM | PCM/Attorney | Andrews Davis Legg | CIV 03-232-F | |

Lamar Community Prison Consortium
Plan, Site and Promote a 500 to 750 Bed Private Correctional Facility - Lamar, CO
Cornell Companies, Inc. November 17, 2003

Litigation List - 13

# Cornell Companies, Inc.
## Litigation List

| PCM Claim Class | Accident/Injury Date | First Name | Last Name | Facility | Location | Division | State | Claimant Type | Injury/Damage Claimed | Claim Description | Total Incurred | Claim Status | Comments | Outside Source | Cornell Lawyer | Case | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700033 | 6/6/2001 | Tony | Murphy | Great Plains | 5520 | | CK | Secure | Professional | Grievance - not named credit due to disobeying officer | 0-Open | 4/24/03 - received grievance sent to PCM | PCM | | | |
| 1700034 | 12/4/2000 | Howard | Miller | Great Plains | 5520 | | OK | Secure | Professional | alleges items missing from his personal belongings | 0-Open | 6/13/03 - received summons faxed to PCM; 7/18/03 - received notice of lawsuit; Leroy Patton has been retained to rep. Cornell | PCM/Attorney Leroy Patton | | | Leroy Patton CJ-2003-1454 |
| 1700035 | 7/3/2001 | Tesser (Santiago) | Martinez | Santa Fe County Adult Detention Center | 5505 | | NM | Secure | Professional | death | alleges self-inflicted hanged person death due to improper monitoring of inmates | 0-Open | 7/7/03 receipt of summons with filing a motion to receive assgn'd judge; 7/8/03 received copy of letter from PCM to attorney; 7/11/03 receipt of summons; 7/18/03 receipt of summons, complaint and summons and complaint | PCM | | | Steven G. Farber D0101-CV2003-3011564 |
| 1700036 | 12/19/2000 | Roger | Rasel | Valencia County Detention Center | 5560 | | NM | Secure | Employee | EEOC | he was terminated and claims discrimination for a disability and was discriminated against b/c of a disability (handicap) | 0-Open | 6/19/03 received letter from PCM claim submitted and filed but taking no action to retain counsel or orders for defense | PCM | | | Robin A. Hartman |
| 1700051 | 4/12/2000 | James | Shanon | PSGA | West | | TX | Professional | alleges that he was injured when he slipped and fell in the men's restroom | 0-Open | 6/26/03 letter saying claim was submitted and investigation will begin; 6/12/03 received letter from attorney and copy of incident reports faxed to PCM | PCM | | | |
| 1700043 | 4/16/2003 | Khali | Wyatt | | 5000 | | RI | Employee | Premise | alleges he sustained injuries while he was assaulted by an inmate | 0-Open | 6/24/03 received copy of letter to PCM to assist in the investigation; 6/12/03 received letter from PCM (acct of tort claim received); 6/18/03 received copy of letter from PCM to attny | Daniel T. Griego | | | Steven G. Wright |
| 1700049 | 4/16/2003 | James | Torres | Valencia | 5560 | | NM | Secure | Tort claim | alleges he was involved when a basketball rim fell and hit him on him | 0-Open | 6/26/03 received letter abt next of PCM's acct of tort claim who deskologed from & will acct fall - begin investigation | PCM | | | |
| 1700057 | 2/10/2001 | Rebecca | Stokes | Santa Fe | 5505 | | NM | Professional | Tort claim | alleges sexual assault and battery by Corrections Officer (Translated) | 0-Open | 6/25/03 - received grievance; 7/23/00 - received copy of letter sent to plaintiff's lawyer | PCM | | | Adam S. Baker |
| 1700033 | 6/6/2001 | Tony | Sanchez | Santa Fe | 5505 | | NM | Professional | received injuries after being PCM sent to plaintiff who was asking for more detail; received copy of letter stating PCM sent to plaintiff's attorney a known enemy of the plaintiff with incident report | | Professional | | | PCM | | | Mark H. Donatelli |

Lamar Community Prison Consortium, Plan, Site and Phoenix 2000 to 750 Bed Private Correctional Facility - Lamar, CO; Cornell Companies, Inc. November 17, 2000

Litigation List - 14

## Cornell Companies, Inc.
## Litigation List

| PCM Claim | Accident Date | First Name | Last Name | Facility | Location Code | Division | State | Claimant Type | Injury / Damage / Claimant | Client Description | Total Internal | Claim Status | Comments | Outside Source | Cornell Lawyer | Case Lawyer | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700350 | 4/7/2001 | Thomas | Cooley | Wyatt | 5050 | Secure | RI | Professional | | alleges improper sexual contact by Employee Nungaro Delacruz | 0 Open | 07/25/03-received notice of complaint from PCM, 7/25-received copy of letter to plaintiff's attorney | PCM | Dennis Galeco | | |
| 1700339 | 5/21/2001 | Kristine | Cooley | Contact | 222 | West | IL | Professional | alleges the medical information was disclosed, that a case worker claimed he was inadequate, he was assaulted by another inmate while handcuffed and employees did not intervene | | 0 Open | 07/23/03-received notice of complaint from PCM and notice of rejection of lawyer | PCM | Dennis Galeco | | |
| 1700334 | 1/1/2003 | Susan | Cannon | Delacruz Buffalocoal | 866 | East | PA | Employee | | claims she integrated due to discrimination and harassment basis of the disability she suffered while at Cornell | 0 Open | 7/26- received notice of complaint from PCM | | Kevin Blach | | |
| 1700336 | 2/10/2003 | Maya | | Santa Fe County | 809 | Secure | NM | Professional | | claims she was sexually assaulted by employee Townsend | 0 Open | 7/23/03- received notice of complaint from PCM | | | | |
| 0 | | Rodriga | Bianca | Santa Fe County | 575 | Secure | NM | Professional | | claims he was prevented from being allowed to participate in work release | 0 Open | 08/21/0001- received copy of response to 'mandanta's motion for order to show cause | PCM/Attorney | Bufkos and Jahner | | |
| 1700360 | 12/15/2002 | Brenda | Gann | Cornell Abraxas of Ohio | 825 | East | OH | EEOC | claims termination due to retaliation of complaints of sexual harassment | | 0 Open | 9/2/03- PCM acknowledgement letter - Somalia to handle response | | Bonello | 220-2003 (0143) | |
| 0 | 3/6/2001 | Rebecca | Lopez | New Morgan | 3910 | East | PA | Professional | | alleging sexual assault by employee | 0 Open | 8/29/03- received lawsuit & forwarded to PCM | PCM/Attorney | | | |
| 0 | 9/12/2002 | John W. | Johnson, Jr. | Great Plains | 3320 | Secure | OK | Professional | | alleging violation of constitutional rights - sexual assault | 0 Open | 8/27/03- received lawsuit & forwarded to PCM | PCM/Attorney | | | |
| 0 | 5/9/2003 | Jimmy | Coffman | Valencia | 5500 | Secure | NM | Professional | | plaintiff alleging battery against correctional officers | 0 Open | 8/17/03 - received notice of claim to file suit- faxed to PCM | PCM | | | |
| 1414202185 | 1/13/2000 | George A. | Garcia III | Wyatt | 5050 | Secure | RI | Professional | | alleging violation of 39th Amendment rights. Alleges assault by fellow inmate & was denied medical attention | 30,000 Settled | 7/22/03- received letter from Dennis Greco notifying about $12,500 settlement payment, Dennis Greco confirming 4/3/03 received copy of letter from Dennis Greco confirming authorization of $25,000 settlement, will offer less to negotiate to plaintiff 8/17/03 received letter CRN attorney | PCM/Attorney | Dennis Greco | | |
| 1441002025 | 12/22/1999 | Mike | Brown | Big Spring | 510 | Secure | TX | Professional | | paid a lower salary than the person who replaced her | 3,425 Settled | 5/12/03- agreed settlement agreement/ | Other | | | |
| 0 | 9/13/2000 | Linda G | Brown | n/a | 4400 | Corporate | CA | Professional | | limited Civil Action on behalf of people of California | 30,000 Settled | 5/20/02 received settlement notification 1/16/03 filed w/EEOC 7/30/02-the EEOC issued a Right to Sue regarding this matter on April 10, 2002. | PCM | Hogan & Bell Schmab | Fleming, Harper & Martinsen, P.C. | 301A10259 |

Lamar Community Prison Consortium
Plan, Sale and Promote a 500 to 750 Bed Private Correctional Facility - Lamar, CO
Cornell Companies, Inc. November 17, 2003

Litigation List - 15

Cornell Companies, Inc.
Litigation List

| PCM Claim # | Accident Date | First Name | Last Name | Facility | Location Code | Division State | Claimant Type | Injury Change Claimed | Claim Description | Total Incurred | Claim Status | Comments | Outside Source | Cornell Lawyer | Case # | Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1441600231 | 11/26/2000 | Laura | Cowan | Great Plains | 5420 | OK | Employee | E800 | alleges sexual harassment | 55,000 | Settled | 1/02/02 - settled 2/4/01-received PCM amended summons-plaintiff is now suing 6/12/02-set for trial Oct. 2002 | | Andrews Davis | | |
| | 2/15/2001 | Adam | Herrera | Santa Fe County | 505 | NM | Employee | | pressure defamation | 0 | Settled | 5/14/01- received possible lawsuit 5/21/01-received confirmation of representation from Michael B. Jahner, Esq. 10/15/01-this case was resolved for $2,500.00 | | | CR'01-406 | |
| | 8/14/2001 | | Santa Fe | Santa Fe | 505 | NM | Professional | | alleges sexual molestation, harassment, assault and battery | 0 | Settled | 1/11/02 - settlement agreements signed | | | | |
| 1441600361 | 9/19/2001 | Kenneth | McClain, Jeannisha, & Martinez | ATCS | 250 | AR | Professional | | suicide | 225,000 | Settled | 3/18/03 received PCM copy letter for Stephen Rucker suicide-Huckaby, CA for $226,500. 2/9/2/03 received PCM copy of letter to Dr.Richard Huckaby notify of potential claims against him 2/24/03- settlement agreement reached for $225,000. | | Huckaby | | McCullough Law Firm - 501- 575- 4111 |
| 1700363 | 4/16/2002 | | Andrews | Abraxas | | PA | Employee | | damaging & balance of contract-year payout | 750 | Settled | 4/1/03-letter from Marianne Desfosse to Dr. Andrews 5/8/02-received receipt of a copy of a letter written by Dr. Andrews March 15, 2002 | | | | |
| | 3/25/2002 | Ligne and Longabham | Tundra Center | 1502 | West | PA | Professional | | alleges personal injuries while incarcerated | 0 | Settled | 7/2/03 - settled - total cost $12,170 includes attorney fees 3/2/01-received letter of complaint for damages. 6/11/02- received request for telephonic participation. | Erica Horton (Scriner & O'Herei) | | Jim Vacanca |
| 1441700610 | 2/1/2001 | Katrina | Kaufman | Santa Fe Detention Ctr. | 505 | NM | Professional | | alleges she was sexually assaulted, raped, and bused by officer Marcus Cordova | 185,000 | Settled | 3/20/03 received letter C&N notify 4/14/03 received letter attorney notify PM3/22 received 1/16/03 request to dismiss w/P 3/03 received stipulation of settlement & order of dismissal w/p-judge filed 3/18/03 | | | | |
| | 10/31/1999 | Charles | Ayers | Watt | 5050 | RI | Professional | | Emply avrage found prior to giving medication | 0 | Settled | 1/10/99 - incident only | PCM/Attorney | Burke, Gay (CR-02-0480) Jos & Jahner MWLF&ACE | | |
| | 3/16/2002 | David | Wereat | San Diego Center | IP/Np | CA | Professional | | death of inmate | 0 | | PCM | | PCM | | |
| | 5/22/2002 | Jose | Ortega | Santa Fe | 505c | NM | | | suicide | 0 | | 5/20/00 - no claim - incident report only | | | | |
| | 7/18/2000 | Major | Owens | Great Plains | 5420 | OK | emp | | possible incident - injuries & miscommunication during soft team drill | 0 | | 5/20/00 - no claim - incident report only | Other | Andrews Davis | | |
| 0 | 12/12/2000 | Eddie Lee | Sims | D. Ray James | 5700 | GA | Professional | | | 0 | | habeas corpus filed by inmate | | | | |

Lamar Community Prison Consortium
Plan, Sale and Purchase a 500 to 750-Bed Private Correctional Facility, Lamar, CO
Cornell Companies, Inc. November 17, 2003

## Cornell Companies, Inc.
## Litigation List

| PCN Claim | Accident Date | First Name | Last Name | Facility | Location Code | Divisions | State | Claimant Type | Injury / Damages Claimed | Claim Description | Total Claims Incurred | Comments | Outside Source | Cornell's Lawyer | Client | Priority Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0 | 1/2/2003 | Lee Vincent | Guster | Marcello | 895 | East | PA | Incident Report | (probably suspect change herself in cell) | | 0 | 5/29/02 received faxed copy of letter sent to Dr. Marcello. Plea PA, Theodia Stefane Atzry - regarding letter from client's father regarding family photo album and requesting $3000 or will contact his lawyer, and McKenna's reply to attorney. | PCMA/Attorney | | Theonia Stefane |
| 0 | 12/12/2001 | Heather | Marcello | 895 | | East | PA | Professional | claims family (Edward Marcello) known away | | 0 | | | | | |
| 1201-017 | | Venezton | Jones | | 910 | East | | Professional | | | 0 | | | | CV999-003 | |
| 1700070 | 9/11/2002 | Andol | Sheela | New Morgan | 910 | East | | Professional | request public information | | 0 | 2/24/03 received letter PCM to Claimant attorney requesting CRIV information, contract between CK and CRIV | | | | Susan K. Peugh |
| 0 | | Kenneth R | Norleng | Great Plains | 554 | Secure | OK | Professional | persons injured | | 0 | 7/23/02 faxed copy of letter to PCM from inmate Norleng recely CRIV information, contract between OK and CRIV | | | | |
| 1700036 | 1/12/2002 | Jane | Doe 2 | Contact Center | 1222 / 222 | Mid-West | IL | Professional | claims sexually harassed and injuries sustained | | 28,327 | 2/11/03 received fax from PCM; 1/23/03 received copy of summons and complaint alleging sexual harassment. Faxes to PCM 1/29/03 | Thomas Underwood | | Gideon & Kopoos | |
| 1700035 | | Melvin | Reid | D-Ray James Prison | 700 | Secure | GA | Professional | | | 6,500 | 2/03 received letter from Designation of Lead Counsel Troy Scott; 3/11/03 received letter PCM from his copy of Lead Counsel. | Walter W. Baker III | 100-13 | | |
| | | Alan & Melvin | Cross & Jackson | Reid | | West | TX | Professional | inmates clothed request to change rooms due to inmates acting in behavior with his regional beliefs | | 0 | 2/03 received letter from Weinstein, Smith & Wilson for Designation of Lead Counsel | | Weinstein, Smith & Wilson | 2002-30123 | 101 L 35 |
| 0 | | Elijah | Baxley | Reid | | | | Professional | | | 0 | | | | | |
| 0 | 3/3/2003 | Itina | Powell | Contact | 1222 | Mid-West | IL | Incident Report | incident report | | 0 | 3/3/03 received incident report, reported details mother slipped and fell hitting her head and right arm. | | | | |

Lamar Community Prison Consortium
Pain, Site and Promote a 500 to 750-Bed Private Correctional Facility - Lamar, CO
Cornell Companies, Inc. November 17, 2000

## Cornell Companies, Inc.
## Litigation List

| PCM Claim # | Accident Date | First Name | Last Name | Facility | Location Code | Division Storage | Claimant Type | Injury/Damage/Chance? | Claim Description | Total Incurred | Claim Status | Comments | Outside Source | Cornell Lawyer | Case Plaintiff Lawyer |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1700018 | 11/26/2000 | Donald | Owens | Valencia | 560 | Secure | NM | | claims false imprisonment | 0 | | 3/25/03 received copy of letter PCM to Claimant attorney acknowledging rec'd of her correspondence. 3/28/03 received PCM subpoena, request any records maintained by CRN regarding plaintiff. 3/13/03 received letter CRN atty w/copy of letter from plaintiff atty. | | Button, Gray & Jahnel | Arora M. Aragon |
| 0 | | Henry | Crosby | Big Spring Interstate | 511 | Secure | TX | | incident only | 0 | | 3/4/03 received copy of memo to Tom Ueenke regarding inmates instructions being paid $1.00 per month while others aren't | | | |
| 0 | | Eric | Saucillo | 216 | | Mid-West | IL | Professional | alleges the suspect of the bathroom and of his right law | 0 | | 3/27/03 received fax from Rosa A. Lung w/incident report | | | |
| 0 | 5/17/2003 | Donald | Snyder | DuPage Center / Salt Lake City Center | P116 | West | UT | Professional | incident report only; claim fell in bathroom, injured his leg, now needs corrective surgery | 0 | | 6/25/03 received incident report w/ claim he's injured his leg & now needs corrective surgery, injured atty, 8/1/03 explanation of delay at incident report and faxed to PCM | PCM | | |

Lamar Community Prison Consortium
Plan, Site and Promote a 500 to 750-Bed Private Correctional Facility - Lamar, CO
Cornell Companies, Inc. November 17, 2003

# ATTACHMENT G

**AOL.com® - Official Site** AOL.com          **Prison Pictures** www.Pronto.com          **Drug Rehab Center** www.PassagesMalibu
The New AOL.com® - Now Free                   Find Prison Inmates Pictures at        CA, Private-Pay, Holistic Rehab.
Online Radio, Free Video & More!              Great Prices.                          High-End, Non-12-Step Program.

Ads by Google
Ads by Google

Prison Talk > U.S. REGIONAL FORUMS > FEDERAL PRISON SYSTEM > Federal Prisons > Other Federal Prisons > MOSHANNON
VALLEY CI Any one with news about it!!

PDA

## View Full Version : MOSHANNON VALLEY CI Any one with news about it!!

**Maxxus**                                                                          01-28-2010, 03:11 PM

Please give info on the MOSHANNON VALLEY
CORRECTIONAL INSTITUTION, have to report there by feb 5th.

Please help.

Thank you.

---

**professorg**                                                                      02-02-2010, 04:53 PM

I am also trying to get info on Moshannon Valley. All I know is that it is a privately run federal camp. My dad is in a private
facility on the west coast and some say they are better than a federally run federal camp. I am looking for more specific
information as my dad is looking to transfer to be closer to family. Info on recreation? educational programs? job opportunities?
general vibe?

Please give any info on the MOSHANNON VALLEY
CORRECTIONAL INSTITUTION, have to report there by feb 5th.

Please help.

Thank you.

---

**Maxxus**                                                                          02-02-2010, 05:50 PM

I dont know anymore then you, and am running out of time trying to find out.

Maxxus.

Ps: if anyone has any info please contact me or leave responce. Thanks.

---

**MEJA86**                                                                          02-19-2010, 10:05 AM

Hey guys! Hopes this helps!!

My husband will be transferred to the facility soon from another FBOP. I have done a lot of research about MVCI with minimal
results! BUT this is what I know and are REAL FACTS about the place. Good Luck guys!

SAFETY SECURITY SERVICE

Moshannon Valley Correctional Center

Adult Secure Division

Philipsburg, Pennsylvania
555 Cornell Drive
Philipsburg, Pennsylvania 16866

(814) 768-1200 phone ∆ (814) 342-5900 fax

The Moshannon Valley Correctional Center is currently accredited
through the American Correctional Association (ACA) and the
Joint Commission on Accreditation of Healthcare Organizations
(JCAHO).

☐☐ Total Service Capacity - 1,495
☐☐ Custody Level - low-security adult males
☐☐ Contracting Agencies - Federal Bureau of Prisons (BOP)
☐☐ Year Cornell Assumed Operations - 2006

FACILITY INFORMATION

PROGRAMS AND SERVICES

Located on the eastern edge of Clearfield County, the facility sits
inside the township of Decatur. It is approximately 30-minute drive
from State College, PA off Philipsburg Bigler Highway 322/28th
Division Highway.

MVCC has visitation hours from 8:30 a.m. to 3:30 p.m., Thursday

**Rehab Facilities**
Overwhelmed? Don't
Know Where To Start?
Non-Profit (877) 286-
8540.
www.Drug-Rehab.org/Rehab_

**People Search-
Search Free**
Current Phone,
Address, Age & More.
Updated Daily-
Accurate. Search Free
Intelius.com

**Boces Adult
Education**
Move your career
forward with an
accredited online
degree!
www.CourseAdvisor.com

**Be a Correctional
Officer**
An Online Criminal
Justice Degree Opens
Up Your Job
Possibilities.
www.CriminalJusticePhoenix.c

**Free Cell Phone
Program**
Do you recieve Food
Stamps? You're
entitled to a Free
phone!
www.SafeLinkWireless.com

through Sunday and on Federal holidays. For additional information
or to make a visitation appointment, please call the MVCC
receptionist at (814) 768-1200.

FACILITY LOCATION AND VISITATION

The Moshannon Valley Correctional Center staff support a variety
of local community programs, such as Adopt-a-Highway and
Relay for Life through the American Cancer Society.

MVCC donates to local community fund raisers, including
Moshannon Valley High School athletic teams and the Kiwanis.

COMMUNITY BENEFITS

☐☐ The Moshannon Valley Correctional Center (MVCC) opened in
2004 and houses low-security, nonviolent criminal aliens who
normally have 90 months or less remaining on their sentence.

☐☐ Offenders are placed at MVCC through a contract with the
Federal Bureau of Prisons (BOP).

The following voluntary programs and services help prepare
offenders to return to their local communities and provide for
their well-being while at the facility.
☐☐ Educational offerings include GED, Adult Basic Education,
English as a Second Language (ESL) and law and general
libraries.
☐☐ Volunteers from Alcoholics Anonymous (AA) and Narcotics
Anonymous (NA) provide offenders with substance abuse
and addiction counseling.
☐☐ Life skills are taught in anger and stress management,
budgeting, banking and personal finance, personal hygiene,
securing housing and victim awareness and impact.
☐☐ Employment assistance and training includes resume writing,
job search strategies, application assistance and interview
techniques.
☐☐ On-the-job training opportunities are available in food and
laundry services, barbering, library clerk services and
classroom tutoring.
☐☐ Dining, laundry, dental and medical services are provided
along with recreational and physical activity opportunities.

ALL THIS INFORMATION WAS GATHERED FROM THE FOLLOWING LINK:

WWW.CRNCO.COM

**Drug Rehab Center** www.PassagesMalibu
CA. Private-Pay. Holistic Rehab.
High-End, Non-12-Step Program.

**People Search-Search Free** Intelius.co
Current Phone, Address, Age &
More. Updated Daily-Accurate.
Search Free

**Drug Treatment Facilities** Drug-Rehab
Overwhelmed? Don't Know Where
To Start? Non-Profit Offers Free
Help

Ads by Google

vBulletin® v3.7.4, Copyright ©2000-2010, Jelsoft Enterprises Ltd.

# ATTACHMENT H



# MAPQUEST.

Sorry! When printing directly from the browser your directions or map may not print correctly. For best results, try clicking the Printer-Friendly button.

**A** Starting Location

**4 Green Acres Dr**
Verona, NJ 07044-2410

**B** Ending Location

**White Derr, PA 17887**

Total Travel Estimate: **2 hours 45 minutes  /  159.88 miles**    Fuel Cost: **Calculate**



**A** **4 Green Acres Dr** Edit
Verona, NJ 07044-2410

| | | | |
|---|---|---|---|
| START | 1. | Start out going **NORTHEAST** on **GREEN ACRES DR** toward **BLOOMFIELD AVE/CR-506**. | 0.0 mi |
| ↱ | 2. | Turn **RIGHT** onto **BLOOMFIELD AVE/CR-506**. | 0.5 mi |



| | | | |
|---|---|---|---|
| | 3. | Turn **SHARP RIGHT** onto **MT PROSPECT AVE/CR-577**. Continue to follow **CR-577**. | 2.1 mi |
| | 4. | Merge onto **I-280 W**. | 7.8 mi |
| | 5. | Take the **I-80 W** exit on the **LEFT** toward **DEL WATER GAP**. | 0.5 mi |
| | 6. | Merge onto **I-80 EXPRESS LN W**. | 1.7 mi |
| | 7. | **I-80 EXPRESS LN W** becomes **I-80 W** (Portions toll) (Crossing into **PENNSYLVANIA**). | 144.8 mi |
| | 8. | Take the **US-15 S/US-15 N** exit, **EXIT 210**, toward **LEWISBURG/WILLIAMSPORT**. | 0.3 mi |
| | 9. | Merge onto **US-15 N/WEST BRANCH HWY** via **EXIT 210B**. | 1.3 mi |
| | 10. | Take the exit toward **WHITE DEER/WATSONTOWN**. | 0.2 mi |
| | 11. | Turn **LEFT** onto **OLD US-15**. | 0.3 mi |
| | 12. | Turn **LEFT** onto **WHITE DEER PIKE**. | 0.1 mi |
| | 13. | Merge onto **US-15 S/WEST BRANCH HWY**. | 0.2 mi |
| | 14. | Welcome to **WHITE DERR, PA 17887**. | |

⭐ **White Derr, PA 17887**  <u>Edit</u>

Total Travel Estimate:  **2 hours 45 minutes**  /  **159.88 miles**   Fuel Cost: <u>Calculate</u>

Directions and maps are informational only. We make no warranties on the accuracy of their content, road conditions or route usability or expeditiousness. You assume all risk of use. MapQuest and its suppliers shall not be liable to you for any loss or delay resulting from your use of MapQuest.

http://www.mapquest.com/maps?1c=Verona&1s=NJ&1a=4+Green+Acres+Dr&1z=07044-2410&1y=...   5/25/2010

# Admission & Orientation Handbook

**Low Security Correctional Institution**
Allenwood, Pennsylvania

Revised    02/10/2009

# Table of Contents

| | |
|---|---|
| Introduction | 2 |
| Addresses and Directions | 2 |
| Contact with the Community (visiting/mail/telephone) | 3 |
| Intake, Classification, and the Unit Team | 7 |
| General Function of the Unit Staff | 7 |
| Self Improvement Programs | 7 |
| Inmate Release | 8 |
| Work Assignments, Work Reports, and Performance Pay | 8 |
| Daily Inmate Life (clothing exchange/commissary/barber) | 8 |
| Custody and Security Procedures | 9 |
| Programs and Services | 10 |
|     Federal Prison Industries | 10 |
|     Inmate Services | 11 |
|     Safety Department | 12 |
|     Food Service | 12 |
|     Education | 13 |
|     Recreation | 13 |
|     Psychology | 14 |
|     Religious Services | 14 |
|     Health Services | 16 |
|     Facilities | 18 |
| Access to Legal Services (Notary Public) | 18 |
| Problem Resolution | 19 |
| Disciplinary Procedures | 20 |
| Inmate Rights and Responsibilities | 21 |
| Discipline Severity Scale/Prohibited Acts | 22 |
| Laws/Court Actions Effecting Institution Security | 31 |
| Inmate Electronic Messaging System (TRULINCS) | 31 |

## Introduction

Welcome to the Low Security Correctional Institution (LSCI), ALLENWOOD, Pennsylvania. LSCI Allenwood is part of the Federal Correctional Complex (FCC). Therefore most of the policies and programming will be consistent throughout the complex.

This Inmate Information Handbook is provided to help you understand the operation of this institution, the Bureau of Prisons (BOP), and our policies and procedures.

The material in this Handbook will provide assistance in understanding what you will be encountering when entering prison, and hopefully assist you in your successful adjustment to life at this facility. Additionally, this handbook can serve as a handy resource of information you may need throughout your incarceration. If you know of any reason you cannot function at this institution, you should immediately inform staff.

This booklet is not designed to answer all your questions; therefore, you are encouraged to address your additional questions to your Counselor, Case Manager, Unit Manager, or Unit Officer, who can further explain policies and procedures to you. You are also encouraged to supplement this information with knowledge obtained through reading Institution Supplements (LSCI Allenwood policies) and Program Statements (BOP policies) available in the Law Library.

I encourage you to read and review this handbook and to participate in all the programming available at this facility. This will assist you in having a smooth transition into a structured environment.

**Warden, LSCI Allenwood**

## ADDRESSES:

| LSCI, ALLENWOOD | BUREAU OF IMMIGRATION AND CUSTOMS ENFORCEMENT |
|---|---|
|   Low Security Correctional Institution, Allenwood |   P.O. Box 209 |
|   P.O. Box 1000 |   White Deer, PA 17887 |
|   White Deer, PA  17887-1000 | |
| | |
|   Include your Unit, Name, and Register Number | |

Institution khaki shirts must be worn over t-shirts, sweat shirts, etc. Shirts must be tucked inside pants. Athletic clothing cannot be worn at this time.

3. No sleeveless shirts or shower thongs are to be worn in Food Service.
4. No laundry or commissary bags, beverage containers, weight training equipment, radios, books, magazines, etc., allowed in Food Service.
5. Smoking is not permitted.
6. Take no more food than you are authorized. The Food Service Administrator will decide portion sizes due to budgetary restraints.
7. Wait for your food to be served. Do not reach for food in the serving line.
8. Do not argue with inmate workers.
9. Use the appropriate entrance door.
10. There will be no jumping in line or saving space in line for another inmate.
11. Tables cannot be reserved by placing coats or clothing on chairs prior to proceeding to the serving line.
12. Once you leave the Dining Room you may not re-enter the Dining Room for any reason.
13. After you have finished your meal, return your soiled plates, tray, silverware, etc., to the designated location.
14. If you have any problems or complaints, address them to the Cook Supervisor, Assistant Food Service Administrator, Food Service Administrator, or the Correctional Supervisor (Lieutenant).
15. No sunglasses can be worn in the dining hall, unless medically indicated.

## EDUCATION DEPARTMENT

**LITERACY PROGRAM GENERAL EDUCATIONAL DEVELOPMENT (GED):** In accordance with Federal Bureau of Prisons Program Statement 5350.28, effective December 1, 2003, an inmate confined to a Federal Institution, who does not have a verified high school diploma and/or GED, must attend literacy classes for a minimum of 240 hours or until a GED is achieved, whichever comes first.

A $25.00 program completion award is credited to each student's commissary account upon successful completion of the GED Exam after being enrolled for a minimum of 30 days. A $10.00 completion award is credited to each student's account upon successful completion of the TABE Exam after being enrolled for a minimum of 30 days. The maximum allowable amount is $25.00. Monetary awards are contingent upon an acceptable financial responsibility status.

**VCCLEA and PLRA:** The Violent Crime Control Law Enforcement Act (VCCLEA) mandates that inmates with a date of offense on or after September 13, 1994, but before April 26, 1996, lacking a high school credential, must participate in and make satisfactory progress towards attainment of a General Education Development (GED) credential in order to vest earned Good Conduct Time (GCT).

The Prison Litigation Reform Act (PLRA) provides that in determining GCT awards, the Bureau of Prisons will consider whether an inmate with a date of offense on or after April 26, 1996, has earned or is making satisfactory progress towards attainment of a GED credential.

**TESTING:** TABE/SABE tests are administered to those inmates who do not have a GED Certificate or high school diploma shortly after their arrival at L.S.C.I. Allenwood. The TABE test (English) and SABE test (Spanish) measures academic achievement in Math, Vocabulary, Reading Comprehension, Spelling and Language.

**ENGLISH AS A SECOND LANGUAGE (ESL):** The Crime Control Act of 1990 requires that all non-English speaking federal prisoners participate in an ESL Program. In accordance with Program Statement 5350.24, ESL Classes are mandatory for all federal prisoners who have limited English proficiency skills. Pre-Trial inmates, all study and observation cases, excludable aliens and sentenced aliens with an I.N.S. Deportation Detainer are exempt from mandatory enrollment.

Certificates and $25, credited to the student's commissary account, are awarded for successful completion. Students are required to pass a standardized multiple choice test to demonstrate proficiency in English equivalent to the eighth grade.

**ADDITIONAL PROGRAMS OFFERED:** VT (Vocational Training), ACE (Adult Continuing Education), College/Correspondence Courses, Parenting, and Job Search Skills are non-mandatory programs offered through the Education Department. Culinary Arts VT, Office Automation VT, Cook Apprenticeship, and Housekeeping Apprenticeship are also available. The Education Department also offers a well stocked Employment Resource Center to assist inmates with seeking and maintaining employment upon release. Contact an Education Department staff member for more information regarding these programs.

**LAW/LEISURE LIBRARY:** The Law/Leisure Library is located in the Education Department. All required legal books and policies are provided. Typewriters are provided; however, inmates must purchase typewriter ribbons and correction ribbons from Commissary. Manual typewriters are provided for inmates who do not purchase ribbons from Commissary. A copy machine is located in the Law Library for inmate use. Copies are purchased at a cost of .15 cents per page. Inmates must have funds added to their Commissary cards through the Trust Fund Department staff in order to use the copy machines.

The library is open from 7:30 a.m. - 10:30 a.m. , 11:30 p.m. - 3:30 p.m., and 4:30 p.m. - 8:30 p.m., Monday through Friday. The library is also open from 7:30 a.m. - 3:30 p.m., on Saturday.

Note: The staff of the Education Department will provide guidance to all inmates seeking assistance. All inmates are encouraged to enroll in a course of study appropriate to their needs. Please remember to use your time wisely and never hesitate to seek help. Educational opportunities are made available for your benefit and self-improvement.

## RECREATION DEPARTMENT

Inmate recreation is available for inmates to utilize during their leisure time. Recreation Services Department offers a wide range of recreational activities; from softball, soccer, volleyball and basketball leagues; outdoor weight equipment, track, indoor weight/exercise area and handball/racquetball courts. Recreational equipment is available for use by inmates while in the Recreation Area.

During the winter months, the Recreation Yard/Gymnasium opens at 6:00 a.m. Monday thru Friday prior to the morning meal. At 7:30 a.m. "Open Movement" will be announced and all inmates in the recreation area after this time must be in possession of a recreation pass. It will be open for inmates on day-off/off-detail status, unassigned, vacation, medically unassigned (when the Health Services Department authorizes). The Recreation Yard and Gymnasium area will remain open until 8:30 p.m.. On weekends and Federal Holidays, the Recreation Yard will close at 9:30 a.m., at which

**13**

**Reduce Prison Time** www. NationalPrison
Experienced, expert help with
federal prison programs. Call now!

**People Search-Search Free** Intelius.cc
Current Phone, Address, Age &
More. Updated Daily-Accurate.
Search Free

**Find Prison Inmate** www.webcrawler.com
Find more sources/options for Find
Prison Inmate

Ads by Google

Ads by Google

**Oakdale
Immigration Firm**
Deportation &
Removal Defense
Experienced
Immigration Law Firm
www.ImmigrationLawNewOrle

**Federal Sentencing**
Facing prison
sentencing? Need help
with prison
placement?
www.rcranelaw.com

**Prison Inmate
Search**
Looking For an
Inmate? Check Out
Inmates Records
Here!
Peeplo.com/Prison+Inmate+S

**Federal Resume
Writers**
Leading Federal
Resume, KSA and SES
Writers earn federal
job interviews
www.federaljobresume.com

**History Degree
Programs**
Ivy League degrees
for adults. Consider
Columbia's GS School.
www.GS.Columbia.edu

Prison Talk > U.S. REGIONAL FORUMS > FEDERAL PRISON SYSTEM > Federal Prisons > Allenwood FCI - Low & Medium > FCI Allenwood, Low Security

PDA

## View Full Version : FCI Allenwood, Low Security

**kintml2u**                                                                         02-26-2004, 04:56 PM

Low Security Correctional Institution Allenwood

Inmate mailing address

PO Box 1000
White Deer, PA 17887

Note: Its part of the Allenwood complex which includes a low, FCI Medium, USP Max, Special Confinement Unit and Camp about a mile or so from here. LSCI Allenwood is primarily a INS Immigration Compound, so 85% are non US citizens.

Educational Programs
Is not well suited for those that have an above average education. There are no opportunities for those who are post graduates. Allenwood offers GED (equal to 7th grade in NY state), ESL (English as second language), adult continued education-run by other inmates, drafting, office automation and correspondence, college program through a local business institution. The max you can get is your Associates Degree and it is at the cost of the inmate. GED and ESL are mandatory for those who don't have a high school diploma or greater. Those who refuse are punished with deduction of good time and restriction on commissary.

Work Details
Work ranges from Education tutors, Orderlies, Clerks, Facilities (electric, plumbing, landscape, painting, carpentry), Landry, Food services, Recreational Orderlies, Compound cleaning (outside), trash and Unit Cleaning Staff. UNICOR is at this location and they make tables and chairs. This place is designed for about 900 people but there is almost 1,400 people here. Work ranges from 4-8 hour days, some work 7 days a week, some only 4. Pay is 5 grades: 5 those without GED's max pay is $5.25 month
4 $ .12 hour
3 $ .24 hour
2 $ .48 hour
1 $ .96 hour
UNICOR ranges from $ .32 an hour to $1.10 an hour depending on whether the work is demanding or not. Clerk jobs (like mine) are considered the most prized jobs and the highest paid.

Recreational Activities
There is a gym, outdoor and indoor weight room, treadmills, bikes (stationary) spinning class, outdoor track, soccer field, softball field, Italian Bowling (botchy pits), handball courts, outdoor basketball, horseshoes, indoor basketball and indoor soccer. We also have a leisure center with table soccer, ping pong, 3 pool tables, music practice rooms, painting classes and other artwork.

Medical
I personally would rate the medical care a 2 out of 10...10 being the highest. I have had problems with health services. So I try to avoid them. Worse then clinical care probably like most military medical centers.

Visitation
Visiting is Friday thru Sunday and is based on a point system. 1 point for Friday and 2 points for Saturday and Sunday. Each person gets 12 points per month. Hours are 7:30 am to 3:00 pm. During warm weather you can sit on the patio or inside a large room. Vending machines are available as well as a meeting room and children's play area. SHU wear orange and have to sit closest to the visiting desk and can't get up until they are leaving. There is limited contact but visits are face to face. You may hug and kiss when the visit starts and again when leaving.

Food Services
I would rate it pretty good. Plenty of food but taste quality depends on who the cooks are. Since this place houses over 75 different ethnic groups the meals vary. Always have soup and salad bar. 3 meals a day Monday thru Friday and 2 meals on Saturday and Sunday with coffee hour on weekend mornings. Meals start 6-7 am, 11 am-12 pm, 5:15-6:30 pm. Meals are on rotation with the cleanest unit goes first (4 units).

Commissary
A commissary list was included with this location. When I am able to scan this, I will post it along with this information. Each inmate is afforded the privilege to shop once per week. The inmate must be present in Commissary when called to shop or he will forfeit his shopping privileges for the week. Sales are scheduled by the last 2 digits of the first 5 numbers in the inmate register number (exp. 12345-012...45 would be number). The schedule at this location goes like this. Monday 00-25, Tuesday 26-50, Wednesday 51-75, Thursday 76-99.

Library
Legal library is always sbusy and I guess it is complete. I personally have not used it since I still have a lawyer. Most here do there own legal work.
Leisure Library is stocked 100% on donations. There is a semi-good stock mostly geared towards lower education block. Not much in the way of real research books. Since I study politics (international) and history there is little that interests me. We do have access to a local public library. Only 3 request at a time and we can keep the book for 3 weeks.

RDAP
Never heard of it.

Living Conditions
Living is cube style in large open dorm. There is about 325 men per unit. Most dorms are 3 man with a few 2 man cubes. Sanitation is strict, very demanding-military style. We have one bin under the bed for clothing (for 3 men), 5 foot locker for personal items, 4 hook hangers for clothing and 6 desks. The 2 men cubes are the same but no bunks or bins.

Racial/Age make-up
One of the most diverse places in the BOP. Only about 300 or so are from the USA. The make up is about 75 or so countries and over 80 languages to dialects. Primary languages are English, Spanish, French, Korean, Russian and German. We have a large Muslim and Arab population as well as Dominican and Caribbean population. Age ranges from 16 to 90. Majority of foreigners are in their 30-40's. Most Muslims are black and have poor hygiene. There is a large Nation of Islam following (militant-political Islamic movement). There is a large Christian (English and Spanish) following and about 20-30 Jews mostly from Russia.

Typewriters
No computers for personal work. Typewriters are mostly out dated for legal work only. Clerks are the only others who have typewriters. People must buy their own ribbons and correction tape.

Telephones
8 phones per unit-2 before 4:30 pm. Limited 15 minutes every 30 minutes, 300 minutes per month at $ .20 per minute, $3.00 per 15 minute phone call.

Furloughs
Furloughs are rare and no idea how often (have only been here since Aug 03).

Items issued by BOP
3 pair pants, 3 button shirts, shoes, heavy jacket, 2 towels, two sets of sheets, two blankets, pillow, 5 t-shirts, 5 socks, 5 boxers, winter hat and gloves. Soap, razors, shampoo, toothbrush and toothpaste every other week.

Items that can be sent in
Limited letters, pictures, soft cover books and magazines, hard cover books and newspapers from publisher or book store ONLY. Money Orders now are sent to an Iowa address, only.
Parole Hearings
Unsure but they do have INS hearings every Tuesday.

Religious Groups
There is a strong Christian following as both Chaplin's are Christians, one Non-denomination and other former Baptist minister and Lt Corporal in Air force Reserve, (Chaplin in military). Prison Ministry has strong participation. Outside contracts for Catholic, Orthodox, Jewish and Muslim. But also have Native American, Hindu, Buddhist, Jehovah Witness, Mormon, and Sikh. Have resources for 7th day adventure, Eastern Orthodox as well as Yoga and Meditation groups. Muslim service on average attends about 100, Christian total (Spanish and English) about 400, Jewish 12-24, Hindu about 10, Buddhist about 12-20. This chapel is going to become the only BOP place to have an in house Seminary training with connection to outside seminary and various church involvements. Out of all of the groups the Islamic are the least liked. Most are blacks who use Islam to hide behind sort of a racial protection. But most only pretend to be; only about 50% are truly Islamic from Middle East. I myself am a Christian Jew (Messianic Jew).

Parenting Programs
Yes mostly outside contract through education.

Marriage Workshops
Something is offered however I have no details since I am single.

Other things
We are allowed to walk compound on Saturday and Sundays and weekdays we have controlled 10 minute moves.

Have been at LSCI Allenwood from 8/03 to current.

---

**jeanjeanieuk**                                                     03-01-2004, 03:55 PM

thanks very much for the information on LSCI Allenwood, hadn't been able to find out anything until I found this site

---

**kintml2u**                                                         03-01-2004, 04:18 PM

Glad we were able to help! And....Welcome to PTO!

Diane

---

**grzegorz**                                                         06-04-2006, 01:18 PM

can you tell me where can i find photos of people who are in L.S.C.I Allenwood????

---

**godsmaverick**                                                     10-17-2007, 02:06 PM

Thank you very much for the detailed info. It's so hard to find this stuff. My husband will be there soon - not looking fwd to making regular 6.5 hour drives, but I'll do whatever it takes. Do you know the name of the Retired Chaplain? I'm the the Air Force right now (and seminary) training to be a Chaplain, and he'd probably be a great point of contact for me - for more reasons than one, now.

---

**Tolstoy3**                                                         10-17-2007, 05:17 PM

Thank you !!!!!! My loved one is there and I haven't heard from him yet.

---

**Christina48174**                                                   10-18-2007, 08:04 AM

Hello all,

---

My husband has to SS at Allenwood (LOW) on 10/30. Let mw know if you guys find out anything else :)

**shiba86**                                                                          10-21-2007, 10:08 PM

That was so great and informative that I read the whole thing even though I have no ties or connection to anyone there---lol!
Thanks, kintml2u (http://prisontalk.com/forums/member.php?u=12)! It would be fantastic to find this kind of detail and specifics
about all of the facilities instead of the barely there info from the BOP. Or is there somewhere like that already? Please let me
know if anyone knows. Thanks!

**krak2**                                                                            05-15-2009, 08:29 PM

Hi!
Is your husband still in Allenwood? I'm trying to find out if they installed the E-mail system in this facility yet.

**pink05**                                                                           05-15-2009, 10:46 PM

They have it up running.

**coby1**                                                                            05-26-2009, 05:22 AM

Hi!
Is your husband still in Allenwood? I'm trying to find out if they installed the E-mail system in this facility yet.

I am trying to find out how long it will be before we hear from our son. He's been at Allenwood Low 7 days

**coby1**                                                                            05-26-2009, 05:24 AM

How long before we will hear from our son? He has been at Allenwood Low for 7 days?

**pink05**                                                                           05-26-2009, 11:38 AM

You should be hearing from him very soon! It takes about a week to hear from them. It takes time to get his paperwork
processed and approved. Don't worry, he is fine but can't get ahold of you for a little while but you will hear from him very soon!

 **OUR CRIMINAL JUSTICE DEGREES PREPARE YOU FOR THE
TOUGHEST PLACE ANYWHERE. THE JOB MARKET.**

KEYWORD: Kaplan University     **GET STARTED NOW**  

vBulletin® v3.7.4, Copyright ©2000-2010, Jelsoft Enterprises Ltd.