# United States District Court
## for
## District of New Jersey
## Report on Offender Under Supervision

Name of Offender: Dmitriy Guzner  Cr.:09-87-001
PACTS #:54418

Name of Sentencing Judicial Officer: Honorable Joseph A. Greenaway, Jr.
United States District Judge

Name of Current Judicial Officer: Honorable Dennis M. Cavanaugh
United States District Judge
(Assigned August 29, 2011)

Date of Original Sentence: 11/20/2009

Original Offense: Unauthorized Impairment of a Protected Computer

Original Sentence: Imprisonment - 12 months and 1 day; Supervised Release - 2 years; Restitution - 37,500; Special Assessment - $100; Financial Disclosure; No New Debt/Credit; Computer Monitoring; Cooperate with Immigration Services; DNA Testing

Type of Supervision: Supervised release        Date Supervision Commenced: 05/13/2011

## NONCOMPLIANCE SUMMARY

The offender was ordered to pay restitution of $37,500. He has made regular monthly payments of $50, but there remains an outstanding balance of $36,146. He does not have the ability to pay the balance in full prior to expiration.

U.S. Probation Officer Action:

It is our recommendation that the term of supervision be allowed to expire on May 12, 2013, and that the Financial Litigation Unit (FLU) of the U.S. Attorney's Office pursue collection of the remaining restitution balance.

Respectfully submitted,
By: Matthew C. Kurzawa
Senior U.S. Probation Officer
Date: 03/13/2013

*No Response is necessary unless the court directs that additional action be taken as follows:*

[✓] Allow the Term of Supervised Release to Expire on May 12, 2013
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for Warrant or Summons
[ ] Other

Signature of Judicial Officer

25 MARCH 2013
Date